# SCHEDULE 1
# TO
# VOLUNTARY PETITION

The following affiliated entities will be filing, or have filed, voluntary petitions on May 21, 2010:

| Name of Debtor | Date Filed | District | Relationship to Other Debtors |
|---|---|---|---|
| TriDimension Energy, L.P. | 5/21/10 | Northern District of Texas | Affiliate |
| TDE Property Holdings, LP | 5/21/10 | Northern District of Texas | Affiliate |
| Axis E&P, LP | 5/21/10 | Northern District of Texas | Affiliate |
| Axis Onshore, LP | 5/21/10 | Northern District of Texas | Affiliate |
| Axis Marketing, LP | 5/21/10 | Northern District of Texas | Affiliate |
| Ram Drilling, LP | 5/21/10 | Northern District of Texas | Affiliate |
| TDE Subsidiary GP LLC | 5/21/10 | Northern District of Texas | Affiliate |
| TDE Operating GP LLC | 5/21/10 | Northern District of Texas | Affiliate |