United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, TX. 75242 (214) 767-8967

Nancy S. Resnick
Trial Attorney
SBN 00790135

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRIDIMENSION ENERGY L.P. | § | Case No.    10-33565-SGJ-11 |
| et.al | § | Chapter 11 |
| | § | |
| DEBTORS. | § | **JointlyAdministered** |

### APPOINTMENT OF OFFICIAL UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. §1102(a)(1), the Following Persons Are Appointed to the Official Committee of Unsecured Creditors Committee in the Jointly Administered Case of TRIDIMENSION ENERGY LP.

1. **Simon Lin**

    Weatherford International

    515 Post Oak Blvd. Suite 600

    Houston, Texas 77027

    [simon.lin@weatherford.com](mailto:simon.lin@weatherford.com)

    Phone:  713-693-4088

2. **Heather Stickel**

 Precision Drilling Compnay L.P.

 10370 Richmond Avenue Suite 600

 Houston, Texas 77042

 phone 713-435-6100

 fax 713-953-6921

 hstickel@precisiondrilling.com

3. **Michael Meredith**

 Miss Lou Oil Well Supply

 P.O. Box Drawer 2128

 Vidalia, LA 713773

 Phone: 318-336-3359

 Fax: 318-336-4059

 mmeredith@vitaloil.net

4. **Keith Grimes**

 Hamilton Acquisitions, Inc.

 Three Riverway Suite 1500

 Houston, Texas 77056

 phone: 713-479-7025

 fax: 713-956-0365

 kgrimes@hamiltongroup.org

5. **Randy Snyder**

 Schlumberger Technology Corp.

 330 Marshal Street Suite 680

 Shreveport, LA 71101

 phone: 318-222-0612

   fax: 318-222-0810

   rsnyder@slb.com

6. **Alfred Stein**

   X-Chem

   2727 Chemsearch Blvd.

   Irving, Texas 75062

   phone: 972-438-0782

   al.stein@nch.com

7. **Chris Ryan**

   Baker Hughes Incorporated

   2929 Allen Parkway Suite 2100

   Houston, Texas 77019

   phone: 713-439-8771

   fax: 713-439-8778

   chris.ryan@bakerhughes.com

8. **Elizabeth Murphy**

   XTO Energy Inc.

   810 Houston Street

   Fort Worth, Texas   76102

   phone:817-885-3345

   fax : 817-885-2278

   elizabeth_murphy@txoenergy.com

9. **Bruce Jordan**

   Stokes & Spiehler Onshore Inc.

   P.O.  Box 52006

   Lafayette, LA 70505

phone: 337-233-6871

fax: 337-233-7198

bjordan@stokesandspiehler.com

dated:  June 2, 2010                                    Respectfully submitted,

WILLIAM T. NEARY

UNITED STATES TRUSTEE

  /s/Nancy S. Resnick

Nancy S. Resnick

Attorney

1100 Commerce St. Room 976

Dallas, TX. 75242

(214) 767-8967

nancy.s.resnick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed by ecf on June 2, 2010.