REDACTED

# GARDERE WYNNE SEWELL LLP
ATTORNEYS AND COUNSELORS
1601 ELM STREET SUITE 3000
DALLAS, TEXAS 75201-4761

(214) 999-3000

TAX I.D. 75-0730814

| | |
|---|---|
| TriDimension Energy L.P. Official Committee of Unsecured Creditors<br>Submitted through Bankruptcy Court for approval | September 16, 2010<br>Invoice Number: 1011568<br>Due within 30 days of receipt |
| | Client: 136098 |

## REMITTANCE ADVICE

Re: Matter: 000001  Creditors' Committee Representation

| | |
|---|---|
| **Total Fees** | 82,998.50 |
| **Total Disbursements** | 1,672.86 |
| **TOTAL CURRENT BILL** | $ 84,671.36 |

Outstanding Receivables as of September 16, 2010 for the matter indicated above:

| | | |
|---|---|---|
| INVOICE #: 1005141 | 07/19/10 | 45,190.36 |
| INVOICE #: 1008003 | 08/17/10 | 25,212.72 |
| **TOTAL OUTSTANDING** | | $ 70,403.08 |
| **TOTAL DUE AND OUTSTANDING** | | $ 155,074.44 |

REDACTED

# GARDERE WYNNE SEWELL LLP

ATTORNEYS AND COUNSELORS

1601 ELM STREET SUITE 3000

DALLAS, TEXAS 75201-4761

(214) 999-3000

TAX I.D. 75-0730814

TriDimension Energy L.P. Official Committee of Unsecured
Creditors
Submitted through Bankruptcy Court for approval

September 16, 2010
Invoice Number: 1011568
Client:  136098
Due within 30 days of receipt

FOR LEGAL SERVICES RENDERED THROUGH 08/31/10

Matter no:  000001

Creditors' Committee Representation

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/02/10 B110 | R. Roberson<br>Review document requests to Debtors and discuss open items with Bill Wallander. | 0.60 |
| 08/02/10 B110 | M. Haynes<br>Review information provided by Debtors and compile list of open information requests (.5); communications with Debtors regarding information request (.1). | 0.60 |
| 08/02/10 B110 | K. Oliver<br>Review all new ECF filing notifications (.2); calendar update (.1). | 0.30 |
| 08/03/10 B110 | M. Haynes<br>Phone call with Rich Roberson regarding open issues including well chart (.2). | 0.20 |
| 08/06/10 B110 | R. Roberson<br>E-mail correspondence with committee member regarding value lost by TriDimension as a result of expired leases and review information provided by Debtor regarding same. | 0.10 |
| 08/06/10 B110 | K. Oliver<br>File Witness and Exhibit list (.3); file Objection regarding Key Employee Retention Program (.3). | 0.60 |
| 08/09/10 B110 | M. Haynes<br>Multiple phone calls with Beth Lloyd regarding information requests made by Committee. | 0.20 |
| 08/09/10 B110 | K. Oliver<br>Review docket sheet regarding new pleadings filed (.2); discussion with Michael Haynes regarding hearing preparation for Wednesday (.1). | 0.30 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors                      REDACTED
Client No.        136098                                                                 Page 3
Invoice No.       1011568                                                    September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/10/10 | R. Roberson | 0.90 |
| B110 | Review status of Debtors production of documents and e-mail Bill Wallander regarding significant documentation not provided as promised including BMC claim analysis, well chart, amended schedules, farm-out agreements by the Debtors within the last year. | |
| 08/10/10 | M. Haynes | 0.30 |
| B110 | Compile list of open information requests for debtors and comment on transmittal communication regarding same. | |
| 08/10/10 | K. Oliver | 1.00 |
| B110 | Review docket sheet and send daily e-mail regarding new pleadings filed (.3); update hearing binders for Wednesday's hearing (.7). | |
| 08/11/10 | K. Oliver | 0.80 |
| B110 | Update hearing binders with various additional exhibits. | |
| 08/16/10 | M. Haynes | 0.70 |
| B110 | Prepare for upcoming case status conference with Rich Roberson (.4); participate in conference with Rich Roberson regarding case status and open issues (.3). | |
| 08/17/10 | M. Haynes | 1.60 |
| B110 | Prepare for upcoming call with counsel for Amegy Bank (.4); phone call with Andy Romay regarding multiple open issues (.7); prepare for upcoming call with Rich Roberson (.3); participate in phone call with Rich Roberson regarding open issues (.2). | |
| 08/17/10 | K. Oliver | 2.30 |
| B110 | Review docket sheet and send daily e-mail regarding new pleadings filed (.3); finish reviewing invoice and return to accounting (.5); redact invoice (.7); populate list from and review research regarding all entities affiliated with James Ryan (.8). | |
| 08/18/10 | M. Haynes | 1.00 |
| B110 | Phone call with Bill Wallander regarding various open issues including cash collateral, sale process, budgetary items, and employee issues (1.0). | |
| 08/20/10 | M. Haynes | 0.40 |
| B110 | Phone call with Clay Hufft regarding late filed proof of claim (.1); communications with Bill Wallander regarding various open issues (.3). | |
| 08/23/10 | M. Haynes | 0.60 |
| B110 | Phone call from Bill Wallander regarding various open issues (.6). | |
| 08/23/10 | K. Oliver | 0.20 |
| B110 | Review docket sheet and send daily e-mail regarding new pleadings filed. | |
| 08/24/10 | M. Haynes | 1.00 |
| B110 | Phone call with Rich Roberson regarding open issues (.2); phone call with Bill Wallander regarding lien chart and various open issues (.5); prepare for upcoming status call with Rich Roberson (.2); phone call with Rich Roberson (.1). | |
| 08/24/10 | K. Oliver | 0.20 |
| B110 | Review docket sheet and send daily e-mail regarding new pleadings filed. | |
| 08/25/10 | M. Haynes | 0.10 |
| B110 | Phone call to Clay Hufft regarding request for information (.1). | |
| 08/25/10 | K. Oliver | 0.30 |
| B110 | Review docket sheet and send daily e-mail regarding new pleadings filed. | |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098
Invoice No.       1011568

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/26/10 B110 | M. Haynes<br>Attention to confidentiality issues related to Confidentiality Agreements and well chart (.4); phone call with Rich Roberson regarding open issues (.2); phone call with Clay Hufft regarding various open issues (.2). | 0.80 |
| 08/27/10 B110 | M. Haynes<br>Phone call with Bill Wallander regarding determination of certain information being "confidential" information (.4); follow-up phone call to Kenneth Green regarding same (.1); follow-up e-mails with Bill Wallander regarding same (.1). | 0.60 |
| 08/27/10 B110 | K. Oliver<br>Calendar updates (.2); pull all Amended and Restated Schedules for each entity for Michael Haynes (1.1). | 1.30 |
| 08/30/10 B110 | M. Haynes<br>Review of Debtors' motion to extend exclusivity (.3); review of additional Stephens disclosure (.2); phone call with Clay Hufft regarding request for information (.2); phone call with Kenneth Green regarding request for confidential information (.5); follow-up e-mails and phone call with Clay Hufft regarding same (.3); compile list of additional information needed from Debtors and transmit list to counsel for Debtors (.3). | 1.80 |
| 08/30/10 B110 | K. Oliver<br>File Stipulation regarding final DIP Order (.3). | 0.30 |
| 08/31/10 B110 | M. Haynes<br>Phone call with Rich Roberson regarding open issues (.1); continue review of amended schedules of assets and liabilities and statement of financial affairs recently filed by the Debtors (2.3). | 2.40 |
| 08/31/10 B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.2); calendar updates (.3). | 0.50 |
| 08/02/10 B120 | M. Haynes<br>Review of revised draft amended statement of financial affairs related to intercompany transfers (.8). | 0.80 |
| 08/04/10 B120 | B. Godbey<br>Prepare for meeting with Michael Haynes and Rich Roberson to discuss insurance issues. | 0.10 |
| 08/04/10 B120 | R. Roberson<br>Review Jamie Ryan contract and select portions of D&O policies regarding coverage | 1.60 |
| 08/04/10 B120 | M. Haynes<br>Attention to issues with directors and officers insurance including communications with Bev Godbey to arrange meeting to discuss same (.3). | 0.30 |
| 08/05/10 B120 | B. Godbey<br>Conference with Rich Roberson and Michael Haynes regarding insurance and indemnity issues. | 0.20 |
| 08/05/10 B120 | R. Roberson<br>Prepare for and participate in meeting with Beverly Godbey to discuss availability of TriDimension D&O coverage | 0.60 |
| 08/11/10 B120 | R. Roberson<br>Review revisions to                    and compare to prior drafts. | 0.40 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors         **REDACTED**
Client No.       136098                                                       Page 5
Invoice No.      1011568                                            September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/16/10 | M. Haynes | 0.30 |
| B120 | Phone call from Clay Hufft regarding well chart and well ownership by various entities (.3). | |
| 08/17/10 | M. Haynes | 2.70 |
| B120 | Detailed review and analysis of well chart including extended call with Clay Hufft regarding questions raised by well chart (2.3); attention to issues related to 2004 examination of James Ryan and begin compiling list of topics for 2004 examination (.4). | |
| 08/18/10 | M. Haynes | 5.90 |
| B120 | Continue extensive analysis of well chart provided by Debtors (4.7); phone call with Clay Hufft regarding issues related to well chart (.6); communications with Quan Vu regarding information contained in well chart (.2); review and revise motion for 2004 examination of James Ryan and confer with Virgil Ochoa regarding revisions (.4). | |
| 08/19/10 | M. Haynes | 5.00 |
| B120 | Compile list of examination topics for James Ryan 2004 examination, review and revise latest draft 2004 motion and examination questions, and phone call with Kenneth Green regarding 2004 examination (.8); phone call with Bill Wallander regarding same (.1); phone call with Clay Hufft regarding questions related to well chart (.1); continued review and analysis of well chart (2.6); phone call with Clay Hufft and Byron Geeslin related to issues from well chart (1.2); e-mail communications with Emily Donahue regarding 2004 examination of James Ryan (.2). | |
| 08/20/10 | M. Haynes | 2.60 |
| B120 | Phone call with Quan Vu regarding lease descriptions (.4); continued analysis of well chart (2.2). | |
| 08/23/10 | M. Haynes | 3.50 |
| B120 | Compile document request for 2004 examination of James Ryan, communications with Kenneth Green regarding information request, communications with counsel for James Ryan regarding request for oral examination and production of documents (1.7); additional research and analysis of information contained in well chart (1.3); revise distribution settlement calculator and analyze potential distribution scenarios based on updated information included in well chart (.5). | |
| 08/24/10 | M. Haynes | 1.40 |
| B120 | Prepare for upcoming call with counsel for James Ryan (.3); extensive call with counsel for James Ryan regarding documents to be produced and topics to be discussed during 2004 examination (.9); communications with Kenneth Green regarding additional information request (.2). | |
| 08/25/10 | M. Haynes | 2.80 |
| B120 | Extensive review of updated well chart received from Debtors on August 24th including additional analysis and calculations of potential recoveries of unsecured creditors based on updated information received from Debtors (2.8). | |
| 08/26/10 | M. Haynes | 2.80 |
| B120 | Attention to issues related to 2004 examination of James Ryan including analysis of issues raised by counsel for Mr. Ryan and begin preparation of list of questions (1.6); extended phone call with counsel for Mr. Ryan to discuss topics to be addressed and documents to be produced (1.2). | |

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098                                                    Page 6
Invoice No.      1011568                                      September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/30/10 | M. Haynes | 1.90 |
| B120 | Begin review of Debtors' amended Schedules of Assets and Liabilities and Statement of Financial Affairs (1.3); multiple communications with counsel for James Ryan regarding 2004 examination (.2); update revised well chart to reflect calculations and inclusions in prior version of well chart (.4). | |
| 08/31/10 | M. Haynes | 0.30 |
| B120 | E-mails and phone call with counsel for Jamey Ryan regarding 2004 examination of Mr. Ryan (.3). | |
| 08/02/10 | M. Haynes | 1.90 |
| B130 | Review of revised offer letter received from Debtors and prepare questions related to same (.5); phone call with Bill Wallander and Charles Kelley regarding sale process and other open issues (1.4). | |
| 08/03/10 | R. Roberson | 0.40 |
| B130 | Review summary of Stephens sales call. | |
| 08/03/10 | M. Haynes | 1.20 |
| B130 | Prepare for upcoming sale call (.4); participate in sale call with Stephens (.8). | |
| 08/04/10 | R. Roberson | 0.60 |
| B130 | E-mail and telephone correspondence with Bill Wallander regarding update on | |
| 08/04/10 | R. Roberson | 0.40 |
| B130 | Lengthy telephone conference with Bill Wallander regarding status of Jamie Ryan's involvement in same. | |
| 08/09/10 | R. Roberson | 1.10 |
| B130 | Review revised letter                    (.4); e-mail correspondence with Debtors regarding additional engineering to be performed on PUD'S and PDNP wells developed since the HAAS report dated November 2009 and impact on                    (.5); received and reviewed e-mail correspondence regarding additional engineering of PUD'S (.2). | |
| 08/10/10 | M. Haynes | 0.70 |
| B130 | Participate in weekly sales status call with debtors. | |
| 08/12/10 | M. Haynes | 1.00 |
| B130 | Review of latest letter of intent from prospective purchaser (.3); analysis of potential distribution waterfall in light of latest letter of intent (.5); review of list of agreements containing preferential transfer rights (.2). | |
| 08/17/10 | M. Haynes | 0.70 |
| B130 | Prepare for upcoming weekly sale call (.2); participate in weekly sale call with Stephens (.5). | |
| 08/20/10 | M. Haynes | 0.30 |
| B130 | Receive latest sale update from Debtors (.2); communications with Bill Wallander and Charles Kelly related to James Ryan regarding same (.1). | |
| 08/24/10 | M. Haynes | 0.90 |
| B130 | Prepare for upcoming sale call (.3); participate in weekly sale call with Stephens (.6). | |
| 08/25/10 | M. Haynes | 3.20 |
| B130 | Review of draft purchase and sale agreement received from Debtors with comments from prospective purchaser and compile list of issues with same (3.2). | |

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                       Page 7
Invoice No.     1011568                                        September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/26/10 B130 | M. Haynes<br>Phone call with Bill Wallander regarding comments of potential stalking horse bidder to draft purchase and sale agreement (.7); review of issues list prepared by Vinson & Elkins related to draft PSA comments received from potential purchaser (.8); draft and transmit list of additional issues to be included on issues list with potential purchaser (.6). | 2.10 |
| 08/27/10 B130 | M. Haynes<br>Review of comments from Rodney Moore (V&E) to list of issues with draft APA (.4); review of revised issues list from Vinson & Elkins and compare to markup of APA received from potential purchaser (1.3); prepare for upcoming call with Debtors and secured lender regarding comments to asset purchase agreement (.5); extended call with Vinson & Elkins and counsel for secured lender regarding comments to latest draft of asset purchase agreement (2.5). | 4.70 |
| 08/30/10 B130 | M. Haynes<br>Review list of leases to be acquired by prospective buyer (20,000 acres) and begin analysis of impact on unsecured creditors (.7). | 0.70 |
| 08/31/10 B130 | M. Haynes<br>Phone call with Quan Vu regarding assets to be acquired by potential purchaser (.1); prepare for upcoming sale call (.2); participate in weekly sale call with Stephens Inc. (.6); follow-up revisions to notes from sale call (.2); review of proposed acreage to be purchased by stalking horse bidder and compare to Debtors' schedule of assets and liabilities and e-mail questions regarding same to counsel for Debtors (.4). | 1.50 |
| 08/03/10 B140 | M. Haynes<br>Phone call with Beth Lloyd regarding proposed order on lift stay motion filed by MJ Farms (.2). | 0.20 |
| 08/04/10 B140 | M. Haynes<br>Communications with Beth Lloyd regarding proposed form of order for MJ Farms' relief stay motion (.2). | 0.20 |
| 08/02/10 B150 | M. Haynes<br>Prepare Agenda, revise same, and transmit Agenda, meeting minutes, and documents to be discussed to Committee in anticipation of upcoming Committee meeting (.5). | 0.50 |
| 08/03/10 B150 | R. Roberson<br>Prepare for and participate in telephonic meeting of Unsecured Creditors Committee. | 1.30 |
| 08/03/10 B150 | M. Haynes<br>Prepare for upcoming Committee meeting (.4); participate in weekly Committee call (.6); compile monthly operating reports and transmit same to Committee, and follow-up phone call to Debtors requesting inclusion of monthly operating reports in separate section of claim agent website (.3). | 1.30 |
| 08/05/10 B150 | R. Roberson<br>Lengthy telephone conference with Simon Lin regarding status of committee issues and general update (.4); correspondence with Ed Rothberg, counsel for Weatherford regarding management issue to be addressed at next Unsecured Creditors Committee meeting and e-mail from other members regarding additional agenda issues (.3). | 0.70 |
| 08/06/10 B150 | M. Haynes<br>Communications with Michael Meredith regarding debtor information (.2). | 0.20 |

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.    1011568

Page 8
September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/09/10 | R. Roberson | 0.60 |
| B150 | Revise agenda for August 10, 2010, Unsecured Creditors Committee meeting, review materials for such meeting and prepare for same. | |
| 08/09/10 | M. Haynes | 0.40 |
| B150 | Prepare agenda and minutes for upcoming committee meeting and transmit same to Committee. | |
| 08/10/10 | R. Roberson | 1.20 |
| B150 | Prepare for and participate in telephonic meeting of the Unsecured Creditors Committee. | |
| 08/10/10 | M. Haynes | 0.80 |
| B150 | Prepare for upcoming committee call (.3); participate in weekly committee conference call (.5). | |
| 08/11/10 | M. Haynes | 0.30 |
| B150 | Communications with various committee members regarding request for information and status of sale process. | |
| 08/12/10 | M. Haynes | 0.20 |
| B150 | E-mail communications with Randy Snyder regarding sale information (.2). | |
| 08/13/10 | M. Haynes | 0.20 |
| B150 | Communications with Simon Lin and Ed Rothberg regarding open issues and items to be included on agenda for upcoming meeting. | |
| 08/16/10 | M. Haynes | 0.70 |
| B150 | Phone call to Simon Lin regarding upcoming Committee meeting (.3); prepare Minutes and Agenda for upcoming Committee call and transmit same to Committee (.4). | |
| 08/17/10 | M. Haynes | 1.90 |
| B150 | Prepare for upcoming Committee call (.3); participate in weekly Committee conference call (.7); e-mail communications with Ed Rothberg regarding information request and sale process (.2); draft Minutes from meeting of August 17 (.4); e-mail communications with Michael Meredith regarding analysis of well ownership (.3). | |
| 08/20/10 | M. Haynes | 0.70 |
| B150 | Prepare detailed update list and descriptions of open issues for Committee (.7). | |
| 08/23/10 | M. Haynes | 1.90 |
| B150 | E-mail communications with counsel members regarding open issues and scheduling of call with Committee chair (.3); phone call with Simon Lin and Ed Rothberg regarding upcoming Committee call (.7); prepare Agenda for upcoming Committee call and transmit Agenda and meeting minutes to Committee (.4); prepare notes for upcoming Committee call (.5). | |
| 08/24/10 | M. Haynes | 1.20 |
| B150 | Prepare for upcoming Committee call (.3); participate in weekly Committee call (.9). | |
| 08/25/10 | M. Haynes | 0.90 |
| B150 | Phone call with Kenneth Green regarding well chart (.2); follow-up phone call with Kenneth Green regarding well chart and various open issues related to TriDimension case (.6); transmission of updated well chart to certain Committee members (.1). | |
| 08/26/10 | M. Haynes | 0.30 |
| B150 | Draft minutes of August 24 Committee meeting (.3). | |

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.     136098
Invoice No.    1011568

Page 9
September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/30/10 B150 | M. Haynes<br>Phone call with Simon Lin regarding upcoming Committee meeting and various open issues (.9); prepare Agenda for upcoming Committee meeting and transmit Agenda, Minutes, and other documents to be discussed to Committee members (.4); multiple communications with Ed Rothberg and Clay Hufft regarding access to electronic data room (.2). | 1.50 |
| 08/31/10 B150 | M. Haynes<br>Prepare for upcoming Committee call (.3); participate in weekly Committee call (.6); follow-up phone call with Ed Rothberg regarding issues raised during Committee call (.5); e-mails with Kenneth Green and Bill Wallander regarding confidentiality issues (.2); draft Minutes from meeting occurring on August 31 (.2). | 1.80 |
| 08/12/10 B160 | M. Haynes<br>Review, revise, redact pre-bill for upcoming transmission of monthly fee statement (1.6). | 1.60 |
| 08/12/10 B160 | M. Haynes<br>Phone call with Bill Wallander regarding disclosure of additional connections of V&E related to employment application. | 0.20 |
| 08/16/10 B160 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); review and revise pre-bill and coordinate with accounting regarding invoice (.9); prepare monthly billing letter and calculate figures for same (.4). | 1.60 |
| 08/17/10 B160 | M. Haynes<br>Calculate monthly fees due/deferred and revise monthly fee statement letter (.4). | 0.40 |
| 08/20/10 B160 | M. Haynes<br>Transmit monthly fee statement of Gardere to appropriate counter-parties (.2). | 0.20 |
| 08/26/10 B160 | M. Haynes<br>Review of monthly fee statements of Vinson & Elkins, FTI, and call with Clay Hufft regarding comments to monthly fee applications (1.7). | 1.70 |
| 08/31/10 B160 | M. Haynes<br>Review of supplemental disclosure by Stephens Inc. and transmit question regarding same to counsel for Stephens (.2). | 0.20 |
| 08/10/10 B180 | R. Roberson<br>Lengthy telephone conference with Charles Kelley regarding extension of lien challenge (.3); e-mail correspondence with Charles Kelley regarding extension of lien challenge (.3). | 0.60 |
| 08/02/10 B190 | R. Roberson<br>Review MJ Farm's Motion for Stay Relief. | 0.20 |
| 08/02/10 B190 | M. Haynes<br>Review of Debtors' complaint against Vada Group, Debtors' motion to consolidate, Vada recoupment motion with adversary proceeding, and Amegy's objection to recoupment motion (1.6). | 1.60 |
| 08/03/10 B190 | R. Roberson<br>Review Debtors' key employee retention program and outline objection to same pursuant to instructions from the Unsecured Creditors Committee (.8); address discovery depositions to be taken of Debtors' personnel (.4). | 1.20 |
| 08/17/10 B190 | V. Ochoa<br>Legal research regarding rule 2004 examinations and specificity requirements (1.3); draft and revise Motion for 2004 examination (3.7). | 5.00 |

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098
Invoice No.    1011568

Page 10
September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/18/10 B190 | V. Ochoa<br>Legal research regarding scope of 2004 examination for third party (1.7); draft and revise 2004 Motion to examine James Ryan (1.5); draft and revise Order granting Motion (.4). | 3.60 |
| 08/19/10 B190 | M. Haynes<br>Communications with Bill Wallander and Charles Kelley related to James Ryan settlement proposal (.3). | 0.30 |
| 08/19/10 B190 | V. Ochoa<br>Draft and revise 2004 Motion and proposed order based on additional information provided (3.6). | 3.60 |
| 08/24/10 B190 | M. Haynes<br>Communications with Bill Wallander regarding settlement proposal for James Ryan claims (.2). | 0.20 |
| 08/03/10 B210 | R. Roberson<br>Address issues raised by Mike Sutherland related to KSB Exploration's Farm-Out Agreement and need for a stipulation regarding same and discuss at length with Bill Wallander. | 0.50 |
| 08/03/10 B210 | M. Haynes<br>Phone call from Mike Sutherland regarding request related to farm-out agreement (.4); phone call with Beth Lloyd regarding same (.2); follow-up e-mails with Mike Sutherland regarding same (.2). | 0.80 |
| 08/02/10 B220 | R. Roberson<br>Lengthy telephone conference with Bill Wallander and Charles Kelly regarding KERP. | 0.70 |
| 08/03/10 B220 | M. Haynes<br>Attention to Key Employee Retention Program including brief conference with Rich Roberson, compilation of owed notes from various meetings with Debtor representatives related to KERP, begin preparation of outline of objection to KERP, and begin preparing formal objection to KERP (1.1); phone call to Committee member regarding objection to KERP (.1); phone call with Clay Hufft regarding scheduling of deposition (.2); legal research regarding standards for payment of Key Employee Retention Programs (.8). | 2.20 |
| 08/03/10 B220 | M. Helt<br>Review, analyze, and prepare for hearing on KERP issues. | 1.10 |
| 08/04/10 B220 | R. Roberson<br>Lengthy telephone conference with Bill Wallander regarding Debtors' proposed KERP (.4); multiple telephone conferences with Debtors' counsel regarding KERP Motion (1.2); prepare outline of questions for Debtors' employees in Vidalia, Louisiana (.8); review VADA complaint and exhibits in detail and discuss same with Bill Wallander (1.4). | 3.80 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098                                                          Page 11
Invoice No.       1011568                                            September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/04/10<br>B220 | M. Haynes<br>Compile list of employees doing work for affiliated entities related to Key Employee Retention Program including review of notes from prior meetings with Debtors and transmit detailed e-mail regarding oral examinations of employees related to KERP motion (.6); phone call to Michael Meredith regarding transportation to Vidalia related to oral examination of Debtor employees (.2); compile list of deposition questions related to KERP motion (1.7); legal research regarding standards for determining propriety of KERP (1.1); multiple phone calls with counsel for Debtors including Bill Wallander, Beth Lloyd, and Clay Hufft relating to KERP motion (1.1); continue drafting objection to KERP motion (.8). | 5.50 |
| 08/05/10<br>B220 | R. Roberson<br>Telephone conferences with Bill Wallander regarding use of deposition transcripts at KERP hearing (.3); lengthy telephone conference with Bill Wallander regarding calculation of employee time spent working on Ryan entity business (.4); review questions for Vidalia employee depositions (.6); review additional requests from KCB Exploration regarding Farm-Out Agreement (.3); lengthy telephone conference with Bill Wallander and Beth Lloyd regarding Committee's KERP objection and settlement proposal received from James Ryan (.7); review select time entries for additional employees identified as performing services for Ryan related entities (.3); continue to address issues associated with Vidalia employee depositions and alternatives available to resolve KERP objection (.5). | 3.10 |
| 08/05/10<br>B220 | M. Haynes<br>Phone call with Beth Lloyd regarding arranging depositions of Vidalia employees (.2); attention to scheduling of depositions and coordination of court reporter attending depositions at multiple locations (.9); review and revise list of questions to be asserted during oral examinations (1.8); continue drafting objection to KERP motion (1.7); phone call with Bill Wallander and Beth Lloyd regarding settlement discussions related to KERP (.7); follow-up phone call with Beth Lloyd regarding settlement discussions (.2); phone call with Bill Wallander regarding settlement discussions (.5); numerous e-mails with counsel for Debtors regarding KERP motion and coordination of oral examinations (.3); obtain additional legal research and briefing related to KERP proposal (.3). | 6.60 |
| 08/05/10<br>B220 | M. Helt<br>Multiple meetings with Rich Roberson regarding "KERP" issues and trial preparation regarding same (.7); research and analysis regarding same (.9). | 1.60 |
| 08/05/10<br>B220 | C. Snow<br>Phone call from Michael Haynes regarding briefing on key employee incentive and retention programs (.2); review files for briefing (1.0); send briefing to Michael Haynes and e-mail correspondence with John Melko and Michael Haynes regarding same (.2). | 1.40 |
| 08/06/10<br>B220 | R. Roberson<br>Revise Objection to Debtors Motion to Establish KERP (.5); review testimony received from Vidalia employees and strategy for hearing for KERP objection (.4); review exhibits for hearing on Objection to KERP (.3). | 1.20 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.    1011568

Page 12
September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/06/10 | M. Haynes | 6.40 |
| B220 | Finish preparation for upcoming oral examination of debtor representatives including preparation of examination exhibits, transmitted exhibits to counsel for debtors, and revise examination questions (1.6); take oral examinations of two debtor representatives related to key employees retention program (1.9); revise objection to debtors key employees retention plan based on information discovered during oral examination and additional comments of Rich Roberson (1.5); prepare witness and exhibit list for opening hearing on objection to key employee retention program and billing and filing of same (1.4). | |
| 08/08/10 | M. Haynes | 1.90 |
| B220 | Prepare list of examination questions for hearing on objection to debtors' proposed key employee retention program, communications with Marcus Helt regarding same, and legal research regarding standards for using cash collateral outside the ordinary course of business. | |
| 08/09/10 | R. Roberson | 0.70 |
| B220 | Review witness Q&A for contested hearing on Debtors' Motion for Authority to Pay Key Employee Retention Payments and address issues associated with exclusion of expert testimony. | |
| 08/09/10 | M. Haynes | 4.10 |
| B220 | Settlement conference with Beth Lloyd regarding KERP objection (.9); review of deposition transcripts from deposition of Debtor representatives and determine which portions to designate for admission at trial (1.8); revise questions to be presented during hearing on objection to reflect additional arguments and designated quotations from deposition transcripts (1.4). | |
| 08/09/10 | M. Helt | 2.20 |
| B220 | Research and analyze 503(c)(3) and strategize for hearing regarding same. | |
| 08/10/10 | R. Roberson | 0.50 |
| B220 | Lengthy telephone conference with Bill Wallander regarding Debtors Motion to Pay KERP and alternatives available to resolve same. | |
| 08/10/10 | R. Roberson | 1.40 |
| B220 | Lengthy telephone conference with Charles Kelley (.4); review proposed KERP settlement discussed with Charles Kelley and analyze same in light of Debtors' KERP proposal (.4); review Debtors' response to Committee's objection to KERP (.3); review FTI's KERP analysis (.3). | |
| 08/10/10 | M. Haynes | 7.00 |
| B220 | Extensive trial preparation for upcoming contested hearing on key Employee Retention Program including preparation of opening and closing arguments, examination questions, legal research regarding applicable standard, and review of exhibits received from debtors (5.9); phone call with Beth Lloyd, Bill Wallander, and Rich Roberson regarding procedure for sealing transcript and introducing confidential information as part of contested hearing (.5); phone call with Beth Lloyd to designate portions of deposition transcripts to be introduced at trial (.6). | |
| 08/10/10 | M. Helt | 3.90 |
| B220 | Prepare for hearings tomorrow on "KERP". | |
| 08/11/10 | R. Roberson | 1.20 |
| B220 | Review revised Witness outlines and legal argument for 8/11 hearing on Debtors Motion for Authority to Pay KERP. | |

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                          Page 13
Invoice No.     1011568                                          September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/11/10<br>B220 | M. Haynes<br>Final preparations for upcoming contested hearing on key employee retention program including multiple phone calls with counsel with debtor and revisions to arguments, questions, and compilation of potential exhibits (5.5); participate in contested hearing on key employee retention program (3.0); follow-up call with Beth Lloyd regarding proposed order and open issues related to employee retention (.4); phone call from Bill Wallander and TriDimension employees regarding additional retention proposal (.2). | 9.10 |
| 08/11/10<br>B220 | M. Helt<br>Prepare for and attend hearing on "KERP" motion and objection thereto. | 9.20 |
| 08/12/10<br>B220 | M. Haynes<br>Phone call with Bill Wallander and Beth Lloyd regarding Key Employee Retention Plan and ruling of court (.5); review of proposed order approving (in part) Key Employee Retention Plan and phone call with Beth Lloyd regarding same (.4). | 0.90 |
| 08/12/10<br>B220 | M. Helt<br>Attention to issues remaining after Court's ruling. | 0.70 |
| 08/13/10<br>B220 | M. Haynes<br>Attention to Debtors' request to include additional parties in Key Employee Retention Plan (.5); phone call with Simon Lin regarding Debtors' request to include two additional employees in Key Employee Retention Plan (.6); phone call with Bill Wallander and Andy Romay regarding Debtors' request to include two additional employees in Key Employee Retention Program (.3); follow-up phone call from Bill Wallander and Beth Lloyd regarding same (.6); phone call with Simon Lin regarding results of phone call from Bill Wallander (.3); follow-up phone call from Bill Wallander, Andy Romay, Beth Lloyd, and Todd Perry regarding inclusion of additional employees in KERP plan (.2); phone call from Bill Wallander regarding KERP (.1); draft detailed e-mail to Committee regarding Debtors' proposal (.4); phone call to Kristin Schroeder regarding Debtors' request (.1); phone call with Rich Roberson regarding Debtors' request (.3); phone call with Michael Meredith regarding Debtors' request (.1); phone call with Kenneth Green regarding same (.3); phone call with Bruce Jordan regarding same (.1); phone call with Ken Thomas regarding same (.2); follow-up phone call to Kenneth Green regarding same (.2); multiple e-mail communications with Committee members regarding same (.3); phone call with Dan Morenoff regarding same (.2); phone call with Bill Wallander regarding same (.3); e-mail to Committee regarding results of vote from Committee members (.1); follow-up e-mail and phone calls to Bill Wallander regarding same (.3). | 5.50 |
| 08/14/10<br>B220 | M. Haynes<br>Review and comment to Bill Wallander on proposed form of order approving KERP (.2). | 0.20 |
| 08/16/10<br>B220 | M. Haynes<br>E-mail from Bill Wallander with final proposed order approving Key Employee Retention Plan and review of order (.3). | 0.30 |
| 08/02/10<br>B230 | R. Roberson<br>Lengthy telephone conference with Bill Wallander and Charles Kelly regarding sale process | 0.80 |
| 08/03/10<br>B230 | R. Roberson<br>Review budget-to-actual analysis and FTI's explanation of same. | 0.30 |

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098                                                                           Page 14
Invoice No.   1011568                                                           September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/03/10 B230 | M. Haynes<br>Prepare for upcoming call with FTI regarding budget-to-actual reporting related to DIP budget (.4); extended call with counsel for Debtors and FTI regarding budget-to-actual (1.1); follow-up phone call with Rich Roberson regarding same (.2). | 1.70 |
| 08/05/10 B230 | R. Roberson<br>Review e-mail correspondence from Charles Kelley regarding budgeting and DIP issues and discuss same at length with Bill Wallander (.3); telephone conference with Bill Wallander regarding hearing on DIP extension and sizing of DIP (.4). | 0.70 |
| 08/09/10 B230 | M. Haynes<br>Review two-week budget-to-actual reports received from FTI. | 0.30 |
| 08/10/10 B230 | R. Roberson<br>Telephone conferences with Charles Kelley and Bill Wallander regarding extension of DIP facility. | 0.70 |
| 08/10/10 B230 | M. Haynes<br>Attention to financing issues including questions and requests to be presented to counsel for Amegy. | 0.40 |
| 08/13/10 B230 | M. Haynes<br>Review of amended budget and phone call with Beth Lloyd regarding same (.5); communications with Ed Rothberg regarding same (.2); communications with FTI regarding anticipated budget items for October through December 2010 (.2). | 0.90 |
| 08/16/10 B230 | M. Haynes<br>Review of updated budget received from counsel for Debtors and comparison of budget to final budget dated June 28th (.7); phone call from Bill Wallander regarding budgetary items (.6). | 1.30 |
| 08/17/10 B230 | M. Haynes<br>Phone call with Bill Wallander regarding budgetary issues (.4); phone call from Bill Wallander and Andy Romay regarding extension of Debtor-in-possession financing and issues related to sale process (.6). | 1.00 |
| 08/19/10 B230 | M. Haynes<br>Review of lender fee statements related to Debtor-in-possession financing budget (.3); draft stipulation extending Committee's challenge period and transmit same to Debtors and lenders for review and approval (.8); phone call with Andy Romay regarding DIP budget and various open issues (.4); review of updated budget prepared by FTI and transmit preliminary list of questions regarding same to FTI and Debtors (.9). | 2.40 |
| 08/19/10 B230 | M. Helt<br>Multiple strategy sessions regarding cash-collateral extension and impact to Committee regarding same. | 0.70 |
| 08/20/10 B230 | M. Haynes<br>Phone call with Todd Perry regarding questions and comments and questions to updated budget (.7); phone call with Andy Romay regarding same (.3); phone call with Bill Wallander regarding same (.6); transmit updated budget and detailed explanation of same to Creditors' Committee (.4). | 2.00 |
| 08/23/10 B230 | M. Haynes<br>Numerous communications with Committee members regarding updated budget received from Debtors (.4); extended call with Bill Wallander regarding budget issues raised by Amegy Bank (.7). | 1.10 |

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098
Invoice No.     1011568

Page 15
September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/24/10 | M. Haynes | 2.20 |
| B230 | Receive and review updated budget from FTI (.9); various e-mail communications with Debtors and FTI regarding budget issues (.3); phone call with Bill Wallander and Brad Foxman regarding budget issues (.4); additional follow-up review of further revised budget (.5); phone call with Bill Wallander regarding further revised budget (.1). | |
| 08/25/10 | M. Haynes | 0.40 |
| B230 | Review of filed version of Notice of Amended Budget and further amended budget attached thereto. | |
| 08/30/10 | M. Haynes | 0.50 |
| B230 | Obtain Debtor authority to file stipulation extending challenge period and arrange for filing of same (.2); review of latest budget-to-actual report received from FTI (.3). | |
| 08/31/10 | M. Haynes | 0.40 |
| B230 | Phone call with Andy Romay regarding financing issues (.3); phone call to Bill Wallander regarding anticipated additional DIP financing (.1). | |
| 08/02/10 | M. Haynes | 1.60 |
| B310 | Review of Section 546 notices (.4); review of draft proof of claim reconciliation chart received from claims agent (.9); phone call with Beth Lloyd regarding issues contained in claim reconciliation chart (.3). | |
| 08/31/10 | M. Haynes | 0.40 |
| B310 | Review revised reconciliation chart received from claims agent (BMC) (.4). | |
| 08/26/10 | M. Haynes | 0.30 |
| B320 | Phone call with Brad Foxman regarding Debtors' motion to extend exclusivity period and various other open issues (.3). | |
| 08/18/10 | M. Haynes | 0.10 |
| B650 | E-mail communications with Andy Romay regarding extension of challenge period (.1). | |
| 08/18/10 | M. Helt | 0.90 |
| B650 | Work on lien-avoidance issues. | |
| 08/20/10 | M. Haynes | 0.50 |
| B650 | Legal research regarding adequacy of mortgage descriptions. | |
| 08/20/10 | M. Helt | 0.70 |
| B650 | Work on lien-avoidance issues regarding bank group. | |
| 08/20/10 | K. Oliver | 3.00 |
| B650 | Review, re-sort and analyze spreadsheet of well information (.8); review mortgage documents and compare to spreadsheet information with Michael Haynes regarding verification of mortgaged wells (2.2). | |
| 08/24/10 | M. Haynes | 0.20 |
| B650 | Communications with Andy Romay regarding extension of deadline to oppose bank liens (.1); e-mail communications with counsel for Debtors regarding same (.1). | |
| 08/30/10 | M. Haynes | 2.60 |
| B650 | Compare mortgage descriptions to well names and serial numbers contained in well chart to verify which wells are encumbered by bank liens (2.6). | |
| 08/30/10 | K. Oliver | 1.70 |
| B650 | Review and update well charts spreadsheet with Michael Haynes (1.7). | |
| 08/30/10 | H. Vu | 0.50 |
| B650 | Attention to TriDimension collateral issues. | |

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.   1011568

Page 16
September 16, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 08/31/10 | M. Haynes | 0.30 |
| B650 | Prepare list of wells for which mortgages need to be verified and transmit same to counsel for Debtors (.3). | |
| 08/31/10 | H. Vu | 0.50 |
| B650 | Work on TriDimension lien coverage regarding Wilkinson properties. | |
| | Total hours | 232.60 |
| | Total for Services | $82,998.50 |
| | **Payor's Share of Fees** | **$82,998.50** |

<u>Disbursements</u>

| | |
|---|---|
| Deposition Expenses | 815.75 |
| Automated Legal Research | 803.26 |
| Photocopy Charges | 43.85 |
| Travel Costs | 10.00 |
| | $ 1,672.86 |

Total Disbursements

**Matter Invoice Summary:**

| | |
|---|---|
| Total Fees | $82,998.50 |
| Total Disbursements | $1,672.86 |
| Total this Matter | $84,671.36 |

TriDimension Energy L.P. C...cial Committee of Unsecured Creditors            REDACTED
Client No.        136098                                                      Page 17
Invoice No.       1011568                                         September 16, 2010

## Summary of Fees by Task for all Matters

| Task | Task Description | Hours | Total |
|------|------------------|-------|-------|
| B110 | Case Administration | 22.00 | $6,487.50 |
| B120 | Asset Analysis and Recovery | 33.20 | $11,680.50 |
| B130 | Asset Disposition | 21.40 | $7,755.00 |
| B140 | Relief from Stay/Adeq. Protect | 0.40 | $130.00 |
| B150 | Meetings of & Comm. w/Creditor | 18.60 | $7,261.00 |
| B160 | Fee/Employment Applications | 5.90 | $1,685.50 |
| B180 | Avoidance Action Analysis | 0.60 | $387.00 |
| B190 | Other Contested Matters | 15.70 | $3,964.50 |
| B210 | Business Operations | 1.30 | $582.50 |
| B220 | Employee Benefits/Pensions | 82.40 | $32,432.00 |
| B230 | Financing/Cash Collections | 17.80 | $6,648.00 |
| B310 | Claims Admin. and Objections | 2.00 | $650.00 |
| B320 | Plan & Disclosure Statement | 0.30 | $97.50 |
| B650 | Bankruptcy/Lien review | 11.00 | $3,237.50 |

Total Fees Rendered This Period                                          $82,998.50

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098
Invoice No.     1011568

REDACTED
Page 18
September 16, 2010

## Summary of Fees by Timekeeper for this Invoice

| Timekeeper | Rank | Hours | Billed Per Hour | Total |
|---|---|---|---|---|
| Godbey, Beverly B. | Partner | 0.30 | 520.00 | $156.00 |
| Haynes, Michael S. | Associate | 154.20 | 325.00 | $50,115.00 |
| Helt, Marcus A. | Partner | 21.00 | 415.00 | $8,715.00 |
| Ochoa, Virgil | Associate | 12.20 | 195.00 | $2,379.00 |
| Oliver, Karen R. | Paralegal | 14.40 | 180.00 | $2,592.00 |
| Roberson, Richard M. | Partner | 28.10 | 645.00 | $18,124.50 |
| Snow, Clinton Ross | Associate | 1.40 | 280.00 | $392.00 |
| Vu, Hoang Quan | Partner | 1.00 | 525.00 | $525.00 |
| Total All Timekeepers for This Invoice | | 232.60 | | $82,998.50 |

GARDERE WYNNE SEWELL LLP
ATTORNEYS AND COUNSELORS
1601 ELM STREET SUITE 3000
DALLAS, TEXAS 75201-4761

(214) 999-3000

TAX I.D. 75-0730814



TriDimension Energy L.P. Official Committee of Unsecured
Creditors
Submitted through Bankruptcy Court for approval

August 17, 2010
Invoice Number: 1008003
*Due Upon Receipt*

Client: 136098

---

### REMITTANCE ADVICE

Re: Matter: 000001  Creditors' Committee Representation

| | |
|---|---:|
| **Total Fees** | 105,404.00 |
| **Total Disbursements** | 4,237.15 |
| **TOTAL CURRENT BILL** | **$ 109,641.15** |

**Outstanding Receivables as of August 17, 2010 for the matter indicated above:**

| | |
|---|---:|
| INVOICE #: 1005141   07/19/10 | 45,190.36 |
| **TOTAL OUTSTANDING** | **$ 45,190.36** |
| **TOTAL DUE AND OUTSTANDING** | **$ 154,831.51** |

## GARDERE WYNNE SEWELL LLP
ATTORNEYS AND COUNSELORS
1601 ELM STREET SUITE 3000
DALLAS, TEXAS 75201-4761

(214) 999-3000

TAX I.D. 75-0730814

REDACTED

TriDimension Energy L.P. Official Committee of Unsecured
Creditors
Submitted through Bankruptcy Court for approval

August 17, 2010
Invoice Number: 1008003
Client: 136098
*Due upon receipt*

---

FOR LEGAL SERVICES RENDERED THROUGH 07/31/10
Matter no: 000001
Creditors' Committee Representation

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/01/10 B110 | R. Roberson<br>E-mail correspondence with Bill Wallander regarding _____ and discuss same with Bill Wallander (.3); receive and review e-mail from Doug Buncher, counsel for Stephens, regarding necessity for amending Stephens' employment affidavit to reflect potential conflict and discuss same with Bill Wallander (.3); e-mail correspondence with Bill Wallander and Doug Buncher regarding Stephens' application and amendment to its' supporting affidavit (.3) receive and review Stephens' engagement letter amendment (.2); e-mail correspondence with Doug Buncher and Charles Kelly and Bill Wallander regarding Stephens amendment to its affidavit supporting its application for employment (.3); telephone conference with Bill Wallander regarding status of Debtors' proposed revisions to confidentiality agreement to address Baker Hughes issues (.3). | 1.70 |
| 07/01/10 B110 | M. Haynes<br>Legal research regarding marshaling of assets and potential distribution mechanisms in the absence of substantive consolidation (3.2). | 3.20 |
| 07/01/10 B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.2); discussion with Rich Roberson regarding review of Schedules (.2); revise spreadsheets regarding said review (.4). | 0.80 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                       Page 3
Invoice No.     1008003                                              August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/02/10<br>B110 | R. Roberson<br>E-mail correspondence with Bill Wallander regarding revised Confidentiality Agreement language (.3); e-mail correspondence with Ed Rothberg regarding FTI retention issues (.2); telephone conference with Bill Wallander regarding proposed Confidentiality Agreement revisions and receive and reviewed same (.6); receive and review TriDimension Energy LP Limited Partnership Agreement and analyzed same in light of substantive consolidation research (1.2). | 2.30 |
| 07/06/10<br>B110 | R. Roberson<br>E-mail correspondence with Kenneth Green regarding Debtors' proposed revisions to Baker Hughes suggested confidentiality language and discuss same with Kenneth Green and Bill Wallander (.4). | 0.40 |
| 07/06/10<br>B110 | K. Oliver<br>Additional revisions to Summary of Schedules (.3); discussion of same with Rich Roberson (.2); e-mail distribute said changes (.1). | 0.60 |
| 07/07/10<br>B110 | R. Roberson<br>Work on open issues list including Louisiana oil well lien research needed; review of employment contracts, statute of limitations research regarding Debtors' ability to assert liens against each other and third parties and KERP/KEIP issues (1.4). | 1.40 |
| 07/07/10<br>B110 | M. Haynes<br>Confer with Rich Roberson regarding KERP/KEIP proposal (.2); review Stephens revised affidavit and e-mail communications from counsel for Stephens regarding bidder connections (.6); meeting with Rich Roberson to compile list of open issues and assign responsibilities for resolving same (1.2). | 2.00 |
| 07/08/10<br>B110 | R. Roberson<br>Prepare discovery request to Debtors' requesting information regarding pre and post-petition farm-outs including involvement of Ryan entities in same (.5). | 0.50 |
| 07/08/10<br>B110 | M. Haynes<br>Conference with Rich Roberson regarding open issues including Debtors' request to enter into farmout agreement (.4); compile detailed information request and transmit same to Debtors including multiple follow-up communications regarding same (1.3). | 1.70 |
| 07/09/10<br>B110 | R. Roberson<br>Review of TriDimension Energy Partnership Agreement indemnity provisions (.6); prepare for and participate in lengthy telephone conference with Bill Wallander regarding Jamey Ryan's use of Axis/TriDimension employees and status of production of promised information reflecting billing and collection of such employee time (.5). | 1.10 |
| 07/09/10<br>B110 | M. Haynes<br>Attention to issues related to affiliate transactions including employees working for multiple entities and other potential insider transactions (.7). | 0.70 |
| 07/12/10<br>B110 | R. Roberson<br>Receive and review proposed Confidentiality Agreement language from counsel for Baker Hughes and discuss same at length with Bill Wallander (.4); receive and review additional proposed language from Baker Hughes regarding Confidentiality Agreement; revise same and discuss at length with Bill Wallander (.5); receive and review correspondence from Bill Wallander regarding Debtors' proposed revisions to Baker Hughes Confidentiality Agreement language (.3). | 1.20 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.     136098                                          Page 4
Invoice No.    1008003                                  August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/12/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); calendar update (.2); telephone call to Judge Jernigan's chambers regarding necessity of hearing on Wednesday regarding Gardere employment (.3); draft and file witness and exhibit list regarding same (.4). | 1.20 |
| 07/13/10<br>B110 | R. Roberson<br>Revise Confidentiality Agreement language and forward same to counsel for Baker Hughes (.3). | 0.30 |
| 07/13/10<br>B110 | M. Haynes<br>Compile list of additional names to be provided access to Debtor data room and transmit same to counsel for Debtors (.3); attention to KERP/KEIP issues (.4). | 0.70 |
| 07/13/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); prepare hearing binder and assist with hearing preparation for tomorrow's hearing (.6). | 0.90 |
| 07/14/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); calendar updates (.2). | 0.50 |
| 07/15/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.2). | 0.20 |
| 07/16/10<br>B110 | R. Roberson<br>Prepare and forward letter to Bill Wallander regarding necessity of debtors to protect outstanding accounts receivables balances by filing liens prior to expiration of applicable lien statutes as extended by Section 108 of the Bankruptcy Code (.7); telephone conferences with Beth Lloyd regarding confidentiality agreement modifications and issues regarding access to data room (.4); telephone conferences with Ken Green regarding Baker Hughes counter proposal regarding modification of Confidentiality Agreement and review additional changes proposed (.4). | 1.50 |
| 07/16/10<br>B110 | M. Haynes<br>Attention to issues with Confidentiality Agreement and access to virtual data room including telephone calls with Beth Lloyd and Rich Roberson (.6); follow-up communications with Kenneth Green and Rich Roberson regarding Confidentiality Agreement issues (.3); review of Debtors' motion to extend time to assume or reject non-residential real property leases and motion to extend time to remove causes of action (.4). | 1.30 |
| 07/16/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3). | 0.30 |
| 07/19/10<br>B110 | R. Roberson<br>E-mail correspondence with Bill Wallander and Kenneth Green regarding revised Confidentiality Agreement language (.3); receive and review revised Confidentiality Agreement language from Bill Wallander (.2). | 0.50 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098                                                       Page 5
Invoice No.       1008003                                          August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/19/10<br>B110 | M. Haynes<br>Attention to open items including review of recent filings (e.g., lift stay motion filed by MJ Farms, etc.), 546(b) notice filed by Warrior, and KERP proposal (2.1); telephone call with Bill Wallander regarding open issues including Confidentiality Agreement, KERP motion, 546(b) notices, and other issues (.5); telephone call from Joe Coleman and Todd Perry regarding preparation of Monthly Operating Reports (.4); follow-up communications with Rich Roberson and Joe Coleman regarding same (.4); telephone call to Simon Lin regarding same (.1). | 3.50 |
| 07/19/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); calendar updates (.3). | 0.60 |
| 07/20/10<br>B110 | R. Roberson<br>E-mail correspondence with Kenneth Green regarding execution of Confidentiality Agreement by Slumberger and Baker Hughes continued language issues (.2); receive and review e-mail correspondence from counsel for Stephens regarding additional disclosure required by Stephens due to pre-petition representation of bidder in capital raising efforts (.3). | 0.50 |
| 07/20/10<br>B110 | M. Haynes<br>Review of disclosure by bankruptcy judge regarding XTO lease and telephone call to counsel for XTO regarding same (.4). | 0.40 |
| 07/20/10<br>B110 | M. Haynes<br>Multiple communications with Debtors including request for budget to actual reporting and lengthy telephone call with Beth Lloyd regarding multiple open issues and follow-up attention to same (1.3). | 1.30 |
| 07/20/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); calendar updates (.2); review and redact invoice for our monthly statement (1.5). | 2.00 |
| 07/21/10<br>B110 | R. Roberson<br>E-mail correspondence with Bill Wallander regarding<br>      and status of production of budget to actual reports pursuant to DIP order (.4). | 0.40 |
| 07/21/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.2); research regarding Rapiere with Texas and Louisiana Secretary of State (.6); prepare hearing binder for 8/11 (.5); UCC searches regarding Golden West and Britling with Texas (.5). | 1.80 |
| 07/22/10<br>B110 | R. Roberson<br>Receive and review May 27, 2010 article from Natchez Democrat regarding Axis on-shore bankruptcy proceeding (.2); telephone conference with Ken Green regarding Baker Hughes Confidentiality Agreement language issues (.2). | 0.40 |
| 07/22/10<br>B110 | M. Haynes<br>Attention to multiple open issues (including well chart, KERP, sale status, fee statement review, and cash collateral budgeting (.8). | 0.80 |
| 07/23/10<br>B110 | M. Haynes<br>Update to bylaw tracking sheet and Committee contact sheet (.2); calendar pertinent deadlines (.3). | 0.50 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                    Page 6
Invoice No.     1008003                                            August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/26/10 B110 | M. Haynes<br>Attention to open issues including compilation of task list (.5); telephone call with Clay Hufft regarding various open issues (.3). | 0.80 |
| 07/26/10 B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.2). | 0.20 |
| 07/27/10 B110 | R. Roberson<br>Lengthy telephone conference with Bill Wallander regarding MI Farms' lift-stay motion and contact between (.3); preliminarily review of proofs of claim received from Pryme Lake (.3). | 0.60 |
| 07/27/10 B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.2); review Motion to Pay Employees for Rich Roberson regarding life insurance and disability (.4). | 0.60 |
| 07/28/10 B110 | M. Haynes<br>Telephone call with Clay Hufft regarding open issues including well schedule and schedules of assets and liabilities (.5). | 0.50 |
| 07/29/10 B110 | R. Roberson<br>Prepare for and participate in lengthy telephone conference with Bill Wallander regarding (i) current KERP proposal, (ii) Jamey Ryan settlement proposal, (iii) inter-company accounts receivable and outstanding receivables from Ryan related entities and need to protect same with oil well liens, (iii) status completion of well chart, (iv) status of delivery of additional employee data reflecting work done by Axis employees for Ryan entities, (v) status of claim reconciliation by BMC, (vi) status of amendment to bankruptcy schedules, (vii) substansive consolidation, (viii) status of debtors' efforts to recoup JIBs from currently monthly production; (ix) analysis of Vada contract/dispute, (x) complaint to be filed and, (xi) alternatives available for plan settlement (2.7); work on development of claims calculator and plan distribution pro formas (.9). | 3.60 |
| 07/29/10 B110 | M. Haynes<br>Prepare for upcoming call with counsel for Debtors regarding various open issues including conference with Rich Roberson regarding several issues (.7); extended call with Rich Roberson, Beth Lloyd, Clay Hufft, and Bill Wallander regarding numerous open issues (2.5); e-mail communications with Beth Lloyd regarding various information requests and answers to same (.3); begin reviewing draft amended schedules and statement of financial affairs (.6). | 4.10 |
| 07/30/10 B110 | M. Haynes<br>Numerous e-mail communications from Bill Wallander regarding KERP, KEIP, Vada, and other issues (.3). | 0.30 |
| 07/01/10 B120 | R. Roberson<br>Receive and review memorandum regarding assets obtained by TriDimension/Axis from Hunt and dispositions through Pryme Lake transaction ; under Louisiana law; conference with Virgil Ochoa regarding same (1.2); review Vada participation agreement and Pryme Lake agreements (1.1). | 2.30 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                    Page 7
Invoice No.     1008003                                          August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/01/10 | M. Haynes | 0.60 |
| B120 | Review of research of Virgil Ochoa regarding certification of personal property and review of spreadsheet containing detailed list of certain personal property (.6). | |
| 07/01/10 | V. Ochoa | 0.40 |
| B120 | Prepare summary of legal research relating to requirements for recordation of personal property interests in Pryme transactions (.4). | |
| 07/02/10 | R. Roberson | 0.20 |
| B120 | Conference with Virgil Ochoa regarding Pryme Lake transaction research (.2). | |
| 07/02/10 | V. Ochoa | 0.20 |
| B120 | Meeting with Rich Roberson regarding in Pryme transactions (.2). | |
| 07/06/10 | R. Roberson | 2.30 |
| B120 | Prepare analysis of Debtors' schedules including the elimination of all inter-company receivables and payables and forward to Committee (2.3). | |
| 07/07/10 | V. Ochoa | 2.60 |
| B120 | Prepare legal summary for Rich Roberson and Michael Haynes summarizing and applying law regarding deadlines for debtors to assert claims against counter-parties (2.6). | |
| 07/08/10 | R. Roberson | 2.40 |
| B120 | Review Louisiana oil well lien act and Mississippi lien statutes and bankruptcy code section 108 research to determine extent of lien relation back application and deadline for debtors to file lien claims against each other and third parties (.8); review memorandum regarding timing of filing for post-petition liens and impact under Louisiana and Mississippi oil and gas lien statute (.4); multiple e-mails and telephone conferences with Bill Wallander regarding Nadal and Gusman/Drayco farm-out agreement issues and review Drayco farmout agreement and Weyerhaeuser agreement and discuss same at length with Bill Wallander (1.2). | |
| 07/08/10 | M. Haynes | 0.80 |
| B120 | Legal research regarding Debtors' ability to file operator's liens on non-operating working interest owners to recover joint interest billings and AFE's (.8). | |
| 07/08/10 | V. Ochoa | 4.20 |
| B120 | Legal research regarding deadlines for debtors to assert claims against counter-parties (4.2). | |
| 07/09/10 | R. Roberson | 1.30 |
| B120 | Continue review of Louisiana and Mississippi oil and gas lien law, review of Debtors' inter-company debt balances reflected in the schedules and statement of financial affairs and analyze impact of debtors' lien assertions against each other and third parties on substantive consolidation of balances (1.3). | |
| 07/09/10 | M. Haynes | 2.90 |
| B120 | Continue research regarding Debtors' ability to file operator's liens against non-operating working interest owners to recover amounts owed under operating agreements (1.7); review of Limited Partnership Agreements of TriDimension Energy and Axis Onshore related to indemnity provisions (1.2). | |
| 07/14/10 | R. Roberson | 0.30 |
| B120 | Receive and review revised inter-company information reflecting setoffs of inter-company claims requiring modification of previously filed schedules (.3). | |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                                Page 8
Invoice No.     1008003                                              August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/15/10 | R. Roberson | 0.30 |
| B120 | Review revised inter-company claim chart and discuss same with Simon Lin (.3). | |
| 07/15/10 | M. Haynes | 0.40 |
| B120 | Update chart of intercompany balances to reflect new information received from FTI (.4). | |
| 07/16/10 | M. Haynes | 0.60 |
| B120 | Dictation of letter to Bill Wallander regarding preservation of intercompany liens and revise same to reflect comments of Rich Roberson (.6). | |
| 07/19/10 | R. Roberson | 1.20 |
| B120 | Review Debtors' well/lease chart regarding JIB's AFE's held and related information (1.2). | |
| 07/19/10 | M. Haynes | 3.20 |
| B120 | Extensive review of well chart received from Debtors and begin compilation of questions and issues related to same (3.2). | |
| 07/21/10 | R. Roberson | 0.60 |
| B120 | Review research regarding potential preferential and fraudulent transfers (.6). | |
| 07/21/10 | M. Haynes | 2.50 |
| B120 | Attention to research of various potential entities that may have received preferential or fraudulent transfers including legal research regarding Secretary of State filings and status in states of Texas, Louisiana, and Mississippi (1.3); review of proof of claim filed by settlement agreement counter-party and research into allegations giving rise to lawsuit and settlement, including review of schedules of assets and liabilities and statement of financial affairs related to disclosure of settlement agreement and prior claim (1.2). | |
| 07/22/10 | M. Haynes | 0.30 |
| B120 | Attention to potential estate claims including conversations with Rich Roberson regarding same (.3). | |
| 07/23/10 | M. Haynes | 2.60 |
| B120 | Extended review of insurance policies of the Debtors and telephone call with Beverly Godbey regarding same (1.4); continued review of well chart received from Debtors in preparation for upcoming call with counsel for debtors (.7); telephone call with Clay Hufft regarding well chart (.5). | |
| 07/26/10 | M. Haynes | 0.80 |
| B120 | Attention to potential insider issues including communications with Committee members (.8). | |
| 07/27/10 | B. Godbey | 2.80 |
| B120 | Meet with Michael Haynes and Rich Roberson to discuss insurance recovery issues (.7); begin review and analysis of D&O policies (2.1). | |
| 07/27/10 | R. Roberson | 0.70 |
| B120 | Prepare for and participate in lengthy meeting with Beverly Godbey to discuss potential D&O Claims and background supporting same (.7). | |
| 07/27/10 | M. Haynes | 1.10 |
| B120 | Attention to issues related to director and officer liability insurance including compilation of pertinent documents in preparation for upcoming meeting with insurance attorney (.4); participate in meeting with Beverly Godbey (insurance attorney) regarding director and officer insurance (.7). | |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.   1008003

Page 9
August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/28/10<br>B120 | B. Godbey<br>Continue review and analysis of insurance policies, related documents and employment agreement and prepare recommendations regarding same (3.7). | 3.70 |
| 07/29/10<br>B120 | R. Roberson<br>Receive and reviewed draft amendments to Debtors' Schedules and Statement of Financial Affairs (.6). | 0.60 |
| 07/30/10<br>B120 | B. Godbey<br>Continue review and analysis of D&O issues and telephone conference with Michael Haynes regarding same (.8). | 0.80 |
| 07/30/10<br>B120 | R. Roberson<br>Prepare for and participate in weekly sales update call with Stephens representatives (.6); telephone conference with Beverly Godbey, Bill Wallander and Charles Kelly regarding D&O liability policies and implication of same as result of Jamey Ryan's use of debtor assets/employees (.7). | 1.30 |
| 07/30/10<br>B120 | M. Haynes<br>Telephone call with Beverly Godbey regarding the relationship between employment agreements and D&O coverage (.2); research issues raised by Beverly Godbey and e-mail documents responsive to same to Ms. Godbey (.6). | 0.80 |
| 07/30/10<br>B120 | M. Haynes<br>Review of draft amended schedules received from Beth Lloyd (1.7); review of amended statements of financial affairs and research related to potential Chapter 5 causes of action (1.6). | 3.30 |
| 07/02/10<br>B130 | R. Roberson<br>Telephone conference with Bill Wallander regarding offer received from     (.3); receive and review correspondence from Ed Rothberg regarding     offer and discuss same at length with Ed Rothberg (.4); telephone conference with Bill Wallander regarding scheduling sales calls with Stephens on a regular basis and status of sales efforts (.6); telephone conference with potential buyer regarding general background on case status and contact information for     (.6). | 1.90 |
| 07/06/10<br>B130 | R. Roberson<br>Review Stephens sales information and letters of intent in preparation for sales update call and participate in sales update (2.4); e-mail correspondence with Bill Wallander regarding various letters of intent and status of continued negotiations with prospective buyers (.4). | 2.80 |
| 07/06/10<br>B130 | M. Haynes<br>Review sale teaser information from Stephens (1.2); review multiple letters of intent (.8); prepare for upcoming telephone call with Stephens to discuss sale process (.6); participate in conference call with Stephens to discuss sale process (1.1); follow-up e-mail to Bill Wallander (.1). | 3.80 |
| 07/08/10<br>B130 | M. Haynes<br>Prepare for upcoming meeting with various Committee members regarding status of Debtors' sale process (.4); participate in lengthy telephone conference with various Committee members regarding status of Debtors' sale process (.7). | 1.10 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                    Page 10
Invoice No.    1008003                                              August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/12/10 B130 | R. Roberson<br>Receive and review          and discuss same at length with Bill Wallander (.4); compare production level contained in          to production level information in          (.4); review select information identified in Stephens data room (1.1); lengthily telephone conference with Bill Wallander regarding status of daily production          and discuss same with Bill Wallander (.4). | 2.30 |
| 07/12/10 B130 | M. Haynes<br>Extensive review of information contained in data room maintained by Stephens Inc. (3.5); attention to revised bid received from Debtors, analysis of same, and transmit same to Committee subgroup (.8). | 4.30 |
| 07/13/10 B130 | R. Roberson<br>Receive and review Stephens marketing update dated July 13, 2010 and discussed same at length with Bill Wallander (1.1). | 1.10 |
| 07/13/10 B130 | M. Haynes<br>Attention to status of asset marketing including conference with Rich Roberson in preparation for upcoming sale call (.5); participate in sale call with counsel for Debtors and Stephens (1.0); follow-up telephone call from Simon Lin regarding sale status call (.3); follow-up telephone call from Bill Wallander regarding same (.1); follow-up telephone call from Dan Morenoff regarding same (.2); begin preparing summary of call to Rich Roberson (.2); investigation into financial strength of proposed purchaser and financing source (.3); review of new documents uploaded to electronic data room by Debtors and continued review of information contained in data room (1.3). | 3.90 |
| 07/14/10 B130 | R. Roberson<br>Prepare for and participate in lengthy telephone conferences with Bill Wallander, Todd Perry and Debtor's Louisiana counsel to discuss sales process, Louisiana oil well lien act issues impacting sales process and enforceability of real and personal property preferential purchase rights under Louisiana law (2.1); review summary of weekly sales update call and compare same to Stephens weekly sales update (.3); receive and review Debtors' Schedule of Mineral Leases and Schedule of Well Data with WI/NRI information (1.2). | 3.60 |
| 07/14/10 B130 | M. Haynes<br>Telephone call with Bill Wallander regarding latest bid proposal (.4); extended call with Bill Wallander, Todd Perry, Louisiana counsel, and Rich Roberson regarding sale process and issues related thereto (2.0); e-mails with Committee members regarding latest sale call (.2); attention to issues raised during sale call (.6). | 3.20 |
| 07/15/10 B130 | M. Haynes<br>Conference with Rich Roberson regarding sale status call with Committee and various open issues including inter-company claims (.3). | 0.30 |
| 07/20/10 B130 | R. Roberson<br>Prepare for and participate in weekly sales status call with debtors' investment bankers including analysis of modified bids (1.2). | 1.20 |
| 07/20/10 B130 | R. Roberson<br>Review materials related to sales efforts and expedite same to Unsecured Creditors' Committee members executing Confidentiality Agreements (.3). | 0.30 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.    1008003

Page 11
August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/20/10<br>B130 | M. Haynes<br>Prepare for weekly sale status call with investment bankers (.4); participate in weekly sale status call with investment bankers (.6). | 1.00 |
| 07/21/10<br>B130 | R. Roberson<br>Received and reviewed revised offer            and discuss same at length with Bill Wallander (.7). | 0.70 |
| 07/21/10<br>B130 | M. Haynes<br>Review of latest proposal received regarding potential sale of assets and compare to prior offers including analysis of impact on unsecured creditors (.8). | 0.80 |
| 07/22/10<br>B130 | R. Roberson<br>E-mail correspondence with Bill Wallander regarding selection of stalking horse (.3). | 0.30 |
| 07/22/10<br>B130 | R. Roberson<br>Receive and review            and discuss same at length with Bill Wallander (.6). | 0.10 |
| 07/22/10<br>B130 | M. Haynes<br>Attention to most recent Letter of Intent and transmit same to certain Committee members (.2); communications with various Gardere attorneys regarding counter-party to Letter of Intent (.2). | 0.40 |
| 07/23/10<br>B130 | M. Haynes<br>Attention to most recent revised bid proposal (.4). | 0.40 |
| 07/26/10<br>B130 | R. Roberson<br>Lengthy telephone conference          regarding      and publicly available information regarding same (.7); lengthy telephone conference with        and publicly available information on TriDimension assets, case status and status of DIP funding and termination thereof (.6); telephone conference with<br><br>        (.6). | 1.90 |
| 07/26/10<br>B130 | M. Haynes<br>Attention to sale status and issues raised by Committee members (.9). | 0.90 |
| 07/27/10<br>B130 | R. Roberson<br>Prepare for weekly sales update call including review of recent due diligence materials from Stephens and participate in due diligence call with representatives of Debtors', Stephens and Unsecured Creditors' Committee (1.3); review correspondence with Ed Rothberg regarding        (.2). | 1.50 |
| 07/27/10<br>B130 | M. Haynes<br>Prepare for upcoming sale status call, including review of new commitment letter (.5); participation in weekly sale status call (1.0). | 1.50 |
| 07/28/10<br>B130 | R. Roberson<br>Receive and review revised letter from        and letter from        (.6). | 0.60 |
| 07/29/10<br>B130 | M. Haynes<br>Review of most recent sale information received from Bill Wallander (.7). | 0.70 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                              Page 12
Invoice No.     1008003                                        August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/30/10 B130 | M. Haynes<br>Prepare for telephone call with Stephens regarding sale status (.3); participate in telephone call with Stephens regarding sale status (.5); follow-up telephone call with Rich Roberson and Charles Kelly regarding same (.7). | 1.50 |
| 07/06/10 B150 | R. Roberson<br>Revise the agenda and materials for July 7, 2010 Unsecured Creditor's Committee meeting (.4). | 0.40 |
| 07/06/10 B150 | M. Haynes<br>Communications with Committee members regarding sale process (.3); draft minutes of June 29, 2010, Committee meeting, agenda for July 7, 2010, Committee meeting, revise same to reflect comments of Rich Roberson, and transmit same to Committee (.8). | 1.10 |
| 07/07/10 B150 | R. Roberson<br>Prepare for and participate in lengthy Unsecured Creditors' Committee meeting (telephonic) (2.8); review correspondence with Ed Rothberg (.2); e-mail correspondence with Michael Meredith regarding (.3); e-mail correspondence with Simon Lin regarding regarding (.3). | 3.60 |
| 07/07/10 B150 | M. Haynes<br>Prepare for upcoming Committee call (.5); participate in Committee call (1.8); e-mail communication to certain Committee members regarding weekly sale status call (.1); e-mail communication with Ed Rothberg regarding sale information (.1). | 2.50 |
| 07/08/10 B150 | R. Roberson<br>Prepare for and participate in lengthy meeting with Unsecured Creditors' Committee, subcommittee regarding status of sales efforts (1.1). | 1.10 |
| 07/08/10 B150 | M. Haynes<br>Compile information requested by Michael Meredith and transmit same (.3). | 0.30 |
| 07/09/10 B150 | R. Roberson<br>Review e-mail correspondence from Unsecured Creditors' Committee regarding and discuss same with Bill Wallander in light of proposed KEIP (.4). | 0.40 |
| 07/09/10 B150 | R. Roberson<br>Telephone conferences with certain members of the Unsecured Creditors' Committee regarding their contact with Axis Vidalia employees performing services for Ryan entities including Array Operating (.5). | 0.50 |
| 07/09/10 B150 | M. Haynes<br>Compile bylaws and multiple versions of Confidentiality Agreements and signature pages, and Minutes and documents from prior Committee meetings and compile into binder of all Committee corporate documents (1.2). | 1.20 |
| 07/12/10 B150 | R. Roberson<br>Revise agenda and review materials for July 13, 2010 Creditors' Committee (.4). | 0.40 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098                                                          Page 13
Invoice No.       1008003                                                  August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/12/10 | M. Haynes | 0.70 |
| B150 | Prepare Minutes of last Committee meeting and Agenda for upcoming Committee meeting and transmit same to Committee members (.5); communications with counsel for XTO regarding Confidentiality Agreement (.2). | |
| 07/13/10 | R. Roberson | 1.30 |
| B150 | Prepare for and participate in Unsecured Creditors' Committee meeting (telephonic) (.8); identify materials to be requested from Debtors as a result of 7/13/2010 meeting including materials related to employee work performed for Ryan entities and status of reimbursement of same (.5). | |
| 07/13/10 | M. Haynes | 0.80 |
| B150 | Prepare for upcoming Committee call (.3); participate in Committee call (.3); follow-up meeting with Rich Roberson regarding additional data to be requested from Debtors (.2). | |
| 07/15/10 | R. Roberson | 1.10 |
| B150 | Prepare for and participate in conference with Unsecured Creditors' Committee subcommittee to discuss sales process (1.1). | |
| 07/15/10 | M. Haynes | 1.00 |
| B150 | Prepare for conference with subcommittee regarding update on sale process (.3); participate in conference call with subcommittee (.7). | |
| 07/19/10 | R. Roberson | 0.70 |
| B150 | Revise agenda for 7/20/2010 Unsecured Creditors Committee meeting (.3); prepare for committee meeting (.4). | |
| 07/19/10 | M. Haynes | 0.60 |
| B150 | Prepare Minutes and Agenda for upcoming Committee meeting, revise same to reflect comments of Rich Roberson, and transmit same to Committee (.6). | |
| 07/20/10 | R. Roberson | 1.40 |
| B150 | Prepare for and participate in weekly Unsecured Creditors' Committee meeting (telephonic) (1.4). | |
| 07/20/10 | M. Haynes | 2.70 |
| B150 | Prepare for upcoming Committee call (.4); participate in weekly Committee call (.7); follow-up call with Randy Snyder regarding confidential sale information status update (1.0); attention to action items raised during calls with Committee and Randy Snyder (.6). | |
| 07/21/10 | R. Roberson | 0.20 |
| B150 | E-mail correspondence from Ed Rothberg regarding Debtors' Monthly Operating Report results (.2). | |
| 07/21/10 | M. Haynes | 1.10 |
| B150 | Receive executed Confidentiality Agreement from XTO and forward same to counsel for Debtors' with request to provide access to XTO to Debtors' virtual data room (.3); transmission of updated sale information to XTO (.2); follow-up telephone call with Kristin Schroeder regarding status of sale process (.6). | |
| 07/22/10 | M. Haynes | 0.50 |
| B150 | Telephone call with Ken Thomas regarding bar date and sale status (.2); e-mails and telephone call with Dan Morenoff regarding 546(b) notices and letters of intent (.3). | |
| 07/26/10 | R. Roberson | 0.40 |
| B150 | Receive and e-mail correspondence with Michael Meredith regarding issues to be addressed during 7/20/2010 Committee meeting and information related to TriDimension employees working for Ryan entities. | |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                          Page 14
Invoice No.     1008003                                              August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/26/10 B150 | R. Roberson<br>Prepare for July 27, 2010 Unsecured Creditors' Committee meeting including revisions to agenda, review of Debtor's KERP Motion and budget to actual reports required by DIP Order (1.3). | 1.30 |
| 07/26/10 B150 | M. Haynes<br>Telephone call with Mike Sutherland regarding Farmee (.2); transmit reminder of bar date to Committee members (.1); prepare Minutes and Agenda for upcoming meeting, and compile documents to be discussed at upcoming meeting, and transmit same to Committee (.8). | 1.10 |
| 07/27/10 B150 | R. Roberson<br>Continue preparation for July 27, 2010 Unsecured Creditors' Committee meeting including review of Debtor's revised KERP Schedules, comparison of KERP schedules to KERP's approved in other cases, KERP research, budget-to-actual reports prepared by FTI, sum of proposal from Jamey Ryan and participate in lengthy Unsecured Creditors' Committee meeting (2.8); telephone conferences with Simon Lin regarding issues raised during 7/27/2010 meeting and procedures for handling committee business during Mr. Lin's absence (.3). | 3.10 |
| 07/27/10 B150 | M. Haynes<br>Prepare for upcoming Committee call including review of documents to be discussed (.5); participate in Committee call (1.2); draft Minutes for July 27 Committee meeting (.5); brief conference with Rich Roberson regarding Confidentiality Agreement (.2); telephone call with Kenneth Green regarding same (.3); e-mail communications with Kenneth Green regarding well chart (.3); telephone call with Beth Lloyd and follow-up e-mail with Beth Lloyd regarding confidentiality of well chart (.2); revise well chart to remove confidential information, comparison with cost report, and transmit same to Kenneth Green (.8). | 4.00 |
| 07/28/10 B150 | M. Haynes<br>Telephone call with Ken Green regarding well information and follow-up attention to same (.8). | 0.80 |
| 07/09/10 B160 | K. Oliver<br>Draft Certificate of No Objection to Gardere Employment (.3); draft Order granting Gardere Employment (.3); file and upload order (.4). | 1.00 |
| 07/12/10 B160 | M. Haynes<br>Attention to application to employ Gardere including review and revisions to Witness and Exhibit List for upcoming hearing on application to employ Gardere (.2). | 0.20 |
| 07/14/10 B160 | R. Roberson<br>Prepare for and attend hearing on Gardere's application for employment (1.2). | 1.20 |
| 07/14/10 B160 | M. Haynes<br>Prepare Proffer of Richard Roberson for use at hearing on application to employ Gardere and compile supporting documentation (1.3). | 1.30 |
| 07/14/10 B160 | K. Oliver<br>Telephone conversation and follow-up with Traci Davis, courtroom deputy to Judge Jernigan, regarding uploading/entering of employment order regarding Gardere's employment (.3); discussion with Michael Haynes regarding same (.1). | 0.40 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                     Page 15
Invoice No.     1008003                                             August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/15/10 | M. Haynes | 0.80 |
| B160 | Review and revise prebill in anticipation of upcoming monthly fee statement (.8). | |
| 07/16/10 | R. Roberson | 0.60 |
| B160 | Revise Gardere monthly invoice and address compliance with fee procedure order and DIP Order (.6). | |
| 07/16/10 | M. Haynes | 0.60 |
| B160 | Review of Debtors' application to employ Copeland Law Firm (.3); review of monthly fee summary by task code to ensure compliance with DIP order and budget (.3). | |
| 07/20/10 | R. Roberson | 0.40 |
| B160 | Review highlights of FTI and Vinson & Elkins fee applications (.4). | |
| 07/20/10 | M. Haynes | 2.10 |
| B160 | Attention to Gardere monthly fee statement including preparation of monthly fee letter, review and redaction of monthly invoice, telephone call with Beth Lloyd regarding service of monthly fee statement, and calculation of amounts to be paid (.7); review of monthly fee statements of FTI and Vinson & Elkins (1.4). | |
| 07/16/10 | R. Roberson | 1.80 |
| B170 | Lengthy telephone conferences with Bill Wallander and Todd Perry regarding obligation of debtors to protect lien rights prior to expiration of 11 U.S.C. Section 108 Lien Extension and protection of inter-company lien rights (1.8). | |
| 07/16/10 | M. Haynes | 2.40 |
| B170 | Telephone call from Joe Coleman and FTI regarding request to perform services believed not to be included in list of approved tasks for FTI (.5); follow-up telephone call with Rich Roberson regarding same (.3); telephone call with Bill Wallander and Rich Roberson regarding additional tasks needed to be performed by FTI (.5); telephone call with Bill Wallander, Rich Roberson, and Todd Perry regarding specifics of tasks to be performed and probable cost for same and draft detailed e-mail to Joe Coleman at conclusion of call summarizing same (1.1). | |
| 07/26/10 | R. Roberson | 0.60 |
| B180 | Telephone conference with Bill Roberts regarding Jamey Ryan utilization of TriDimension assets including employees for his personal and other business interests (.6). | |
| 07/12/10 | R. Roberson | 1.50 |
| B185 | Receive and review Vada Purchase and Participation Agreement and Motion to Compel Recoupment (1.1); lengthy telephone conference with Bill Wallander regarding issues associated with Vada Recoupment and Joint Operating Agreement/mutuality issues (.4). | |
| 07/29/10 | R. Roberson | 1.30 |
| B185 | Review Vada purchase and participation agreement and notes regarding same taken at meeting with company and counsel on June 6, 2010 (1.3). | |
| 07/06/10 | R. Roberson | 0.90 |
| B190 | Review Vada participation agreement and analyze same in light of Vada recoup demand (.4); receive and review proposed demand letter to Vada regarding improper recoupment and discuss same with Bill Wallander (.5). | |
| 07/06/10 | M. Haynes | 0.30 |
| B190 | Review of Vada demand letter transmitted by Debtors (.3). | |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098                                          Page 16
Invoice No.      1008003                                     August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/07/10 | R. Roberson | 0.80 |
| B190 | Review Louisiana and Mississippi oil well lien research (.8). | |
| 07/22/10 | R. Roberson | 0.60 |
| B190 | Receive and review revised KERP proposal and discuss same at length with Bill Wallander (.1); e-mail correspondence with Bill Wallander regarding revised KERP (.5). | |
| 07/29/10 | M. Haynes | 2.70 |
| B190 | Attention to potential settlement with secured creditors regarding potential distribution to unsecured creditors including compilation of list of issues and questions to be resolved, and creation of various models to illustrate distribution scenarios, and creation of electronic calculator for use in negotiations with secured creditors (2.7). | |
| 07/30/10 | R. Roberson | 0.40 |
| B190 | Receive and review Debtors' objection to Vada's motion to recoup and motion to consolidate Vada's motion to recoup with Debtors' adversary proceeding (1.4). | |
| 07/20/10 | M. Haynes | 0.20 |
| B210 | Communications with FTI and Debtors regarding Monthly Operating Reports (.2). | |
| 07/21/10 | R. Roberson | 0.60 |
| B210 | Review select portions of Debtors' Monthly Operating Reports and compare same to previously filed schedules and related pleadings (.6). | |
| 07/21/10 | R. Roberson | 0.70 |
| B210 | E-mail correspondence with Bill Wallander regarding status of TriDimension's Monthly Operating Reports (.1); review select sections of Monthly Operating Reports (.6). | |
| 07/21/10 | M. Haynes | 2.10 |
| B210 | Review and make notes of various questions raised by Monthly Operating Reports for each of the Debtors (2.1). | |
| 07/21/10 | K. Oliver | 0.60 |
| B210 | Pull all Monthly Operating Reports for Michael Haynes (.6). | |
| 07/28/10 | M. Haynes | 1.30 |
| B210 | Receive and review employee time cards and JIB statements, analysis of same, attention to issues raised by invoices attached to JIB statements, and numerous e-mail communications with counsel for Debtors regarding same (1.3). | |
| 07/29/10 | M. Haynes | 0.40 |
| B210 | Review and analyze Jamey Ryan settlement proposal (.4). | |
| 07/01/10 | R. Roberson | 0.50 |
| B220 | Receive and review revised KERP analysis and discuss same with Bill Wallander (.5). | |
| 07/01/10 | M. Haynes | 0.40 |
| B220 | Review revised Key Employee Retention Program and Key Employee Incentive Program received from counsel for Debtors (.4). | |
| 07/02/10 | R. Roberson | 0.50 |
| B220 | Lengthy telephone conference with Bill Wallander regarding KERP and KEIP issues (.5). | |
| 07/07/10 | R. Roberson | 1.20 |
| B220 | Lengthy telephone conference with Charles Kelly regarding KERP/KEIP issues (.6); review Jamey Ryan contract regarding                    and discuss same at length with Bill Wallander (.6). | |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098                                                                                    Page 17
Invoice No.      1008003                                                                          August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/09/10 | R. Roberson | 1.70 |
| B220 | Review Ryan employment contract for non-compete and confidentiality provisions and discuss same at length with Bill Wallander (.5); e-mail correspondence with Bill Wallander regarding information received from Ken Gregg and Scott O'Neal regarding key employees at risk of loss to other employment and discuss same with Bill Wallander (.3); receive and review Scott O'Neal's resume and forward to Unsecured Creditors' Committee member (.2); receive and review e-mail correspondence to Scott O'Neal regarding KERP/KEIP issues (.2); receive and review e-mail correspondence from Bill Wallander regarding Weyerhaeuser farmout agreement and discuss same at length with Bill Wallander (.5). | |
| 07/12/10 | R. Roberson | 2.00 |
| B220 | Receive and review multiple copies of Scott O'Neal's resume and discuss O'Neal's work on behalf of Ryan entities with and impact on proposed KERP/KEIP plans with Bill Wallander (.6); e-mail correspondence with Committee members regarding

(1.4). | |
| 07/12/10 | M. Haynes | 0.60 |
| B220 | Attention to Debtors' proposed KERP/KEIP plans, including review of multiple drafts of Scott O'Neal resume and transmit same to Committee (.4); communications with Beth Lloyd regarding upcoming hearing (.2). | |
| 07/16/10 | R. Roberson | 1.10 |
| B220 | Compare revised KERP proposal to previously proposed KERP benefits and compare same to KERP's awarded in prior cases (1.1). | |
| 07/16/10 | M. Haynes | 0.80 |
| B220 | Review and analyze revised KERP proposal received from Debtors (.8). | |
| 07/19/10 | R. Roberson | 0.60 |
| B220 | Receive and review Debtors' revised KERP/Severance Plan (.4); review e-mails from Bill Wallander regarding same (.2). | |
| 07/19/10 | M. Haynes | 0.10 |
| B220 | E-mail communications with Bill Wallander and counsel for Amegy regarding KERP proposal (.1). | |
| 07/20/10 | R. Roberson | 0.50 |
| B220 | E-mail correspondence with Bill Wallander regarding
·(.2) e-mail correspondence with Bill Wallander regarding KERP issues (.3). | |
| 07/21/10 | R. Roberson | 0.30 |
| B220 | Receive and review e-mail correspondence from Bill Wallander regarding pressure being received from employees regarding implementation of KERP (.3). | |
| 07/26/10 | R. Roberson | 1.40 |
| B220 | Review schedules attached to Debtors' KERP Motion and compare same to prior versions of proposed KERP (.6); review correspondence with committee members regarding work performed by TriDimension Employees for various Ryan entities (.8 ). | |
| 07/26/10 | M. Haynes | 1.40 |
| B220 | Telephone call with Beth Lloyd regarding KERP information (.2); legal research regarding standards for implementing KERP (1.2). | |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.       136098
Invoice No.      1008003

Page 18
August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/28/10<br>B220 | R. Roberson<br>Receive and review information from Debtor's counsel regarding employee time billed to Ryan related entities including time cards, joint interest billing statements and account receivable information evidencing significant receivables due from Ryan related entities to Axis et al. (.9); e-mail correspondence with Bill Wallander regarding status of employee services performed for Ryan related entities and outstanding receivable balances (.4); e-mail correspondence with Bill Wallander regarding proposed settlement with Jamey Ryan (.3). | 1.60 |
| 07/30/10<br>B220 | R. Roberson<br>Lengthy telephone conference with Charles Kelly regarding status of KERP/KEIP issues and Jamey Ryan's apparent involvement in other businesses and the use of TriDimension/Axis employees in such businesses (.7); review Ryan employment agreement regarding compliance therewith and analysis of information regarding whether such agreement has been breached (1.1); e-mail correspondence with Bill Wallander regarding and discuss same at length with Bill Wallander (.7); telephone conference with Bill Wallander regarding status of Debtors' actions against Vada; receive and review debtors' adversary complaint against Vada (1.3). | 3.10 |
| 07/30/10<br>B220 | M. Haynes<br>Review of employment agreements of Scott O'Neal and Jamey Ryan and attention to issues with Key Employee Incentive Plan (1.3). | 1.30 |
| 07/01/10<br>B230 | R. Roberson<br>Review final DIP budget and address the issues raised by the State of Louisiana obligation to squeeze two salt-water disposal wells (.3). | 0.30 |
| 07/20/10<br>B230 | R. Roberson<br>Receive and review Mayer Brown (bank's counsel) monthly fee statement for May 2010. (.3). | 0.30 |
| 07/21/10<br>B230 | M. Haynes<br>Review of fee statements received pursuant to interim compensation procedures order, compare with Debtor in possession financing order and budget thereto, and confer with Rich Roberson regarding same (1.3). | 1.30 |
| 07/23/10<br>B230 | M. Haynes<br>Review of budget to actual received from Todd Perry (.9). | 0.90 |
| 07/26/10<br>B230 | M. Haynes<br>Continued review and analysis of budget-to-actual reports received from FTI and comparison with DIP order (1.3). | 1.30 |
| 07/01/10<br>B310 | R. Roberson<br>Address substantive consolidation issues and analyze impact on intercompany claims (2.1). | 2.10 |
| 07/06/10<br>B310 | R. Roberson<br>Telephone conference with Bill Wallander regarding settlement proposal received from Jamey Ryan (.5). | 0.50 |
| 07/06/10<br>B310 | M. Haynes<br>Review of Jamey Ryan proposal received from Debtors related to Jamey Ryan claims (.2). | 0.20 |
| 07/07/10<br>B310 | M. Haynes<br>Compare invoices received from Committee members to Top 40 list and Schedules of Assets & Liabilities. | 0.50 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098                                Page 19
Invoice No.    1008003                      August 17, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 07/08/10 | M. Haynes | 0.30 |
| B310 | Review of claim of RLI Insurance Company and communications with Debtors' regarding same (.3). | |
| 07/26/10 | M. Haynes | 0.60 |
| B310 | Continue review of recently-filed proofs of claim (.6). | |
| 07/27/10 | M. Haynes | 0.50 |
| B310 | Continue review of proofs of claim (.5). | |
| 07/28/10 | R. Roberson | 0.40 |
| B310 | Receive and review various claims filed by Amegy Bank et al, in various debtor cases (.4). | |
| 07/28/10 | R. Roberson | 1.30 |
| B310 | Review various proofs of claims filed including claims of Vada, Pryme and various Ryan related-entities (1.3). | |
| 07/28/10 | M. Haynes | 2.30 |
| B310 | Continued review and analysis of proofs of claims (including those filed by Vada and Pryme with all supporting documentation) and comparison to schedules of assets and liabilities and attention to issues raised by invoices attached to proofs of claim (2.3). | |
| 07/19/10 | R. Roberson | 1.30 |
| B650 | Review Debtors' lease/well chart regarding leases and wells not mortgaged and those mortgaged during the preference period including ownership and values of same (1.3). | |
| | Total hours | 233.40 |
| | Total for Services | $105,404.00 |
| | **Payor's Share of Fees** | **$105,404.00** |

Disbursements

| | | |
|---|---|---|
| Texas Secretary of State | | 11.00 |
| Automated Legal Research | | 4,206.15 |
| Travel Costs | | 20.00 |
| Total Disbursements | | $ 4,237.15 |

**Matter Invoice Summary:**

| | |
|---|---|
| **Total Fees** | $105,404.00 |
| **Total Disbursements** | $4,237.15 |
| **Total this Matter** | $109,641.15 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098
Invoice No.      1008003

Page 20
August 17, 2010

**Summary of Fees by Task for all Matters**

| Task | Task Description | Hours | Total |
|------|-----------------|-------|-------|
| B110 | Case Administration | 47.90 | $19,409.00 |
| B120 | Asset Analysis and Recovery | 48.10 | $20,414.00 |
| B130 | Asset Disposition | 42.10 | $19,538.50 |
| B150 | Meetings of & Comm. w/Creditor | 34.30 | $16,235.50 |
| B160 | Fee/Employment Applications | 8.60 | $3,296.00 |
| B170 | Fee/Employment Objections | 4.20 | $1,941.00 |
| B180 | Avoidance Action Analysis | 0.60 | $387.00 |
| B185 | Assump./Reject. of Leases/Cont | 2.80 | $1,806.00 |
| B190 | Other Contested Matters | 5.70 | $2,716.50 |
| B210 | Business Operations | 5.90 | $2,246.50 |
| B220 | Employee Benefits/Pensions | 19.10 | $10,847.50 |
| B230 | Financing/Cash Collections | 4.10 | $1,524.50 |
| B310 | Claims Admin. and Objections | 8.70 | $4,203.50 |
| B650 | Bankruptcy/Lien review | 1.30 | $838.50 |

Total Fees Rendered This Period                                          $105,404.00

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.       136098
Invoice No.      1008003

Page 21
August 17, 2010

**Summary of Fees by Timekeeper for this Invoice**

| Timekeeper | Rank | Hours | Billed Per Hour | Total |
|---|---|---|---|---|
| Godbey, Beverly B. | Partner | 7.30 | 520.00 | $3,796.00 |
| Haynes, Michael S. | Associate | 110.80 | 325.00 | $36,010.00 |
| Ochoa, Virgil | Associate | 7.40 | 195.00 | $1,443.00 |
| Oliver, Karen R. | Paralegal | 11.70 | 180.00 | $2,106.00 |
| Roberson, Richard M. | Partner | 96.20 | 645.00 | $62,049.00 |
| Total All Timekeepers for This Invoice | | 233.40 | | $105,404.00 |

### GARDERE WYNNE SEWELL LLP
ATTORNEYS AND COUNSELORS
1601 ELM STREET SUITE 3000
DALLAS, TEXAS 75201-4761

(214) 999-3000

TAX I.D. 75-0730814

**REDACTED**

TriDimension Energy L.P. Official Committee of Unsecured
Creditors
Submitted through Bankruptcy Court for approval

July 19, 2010
Invoice Number:  1005141

Client:  136098

---

**REMITTANCE ADVICE**

Re: Matter: 000001  Creditors' Committee Representation

| | |
|---|---|
| **Total Fees** | 189,310.50 |
| **Total Disbursements** | 124.75 |
| **TOTAL CURRENT BILL** | $ 189,435.25 |

GARDERE WYNNE SEWELL LLP

ATTORNEYS AND COUNSELORS

1601 ELM STREET SUITE 3000

DALLAS, TEXAS 75201-4761

(214) 999-3000

TAX I.D. 75-0730814

TriDimension Energy L.P. Official Committee of Unsecured
Creditors
Submitted through Bankruptcy Court for approval

July 19, 2010
Invoice Number: 1005141
Client: 136098

FOR LEGAL SERVICES RENDERED THROUGH 06/30/10
Matter no: 000001
Creditors' Committee Representation

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/04/10<br>B110 | R. Roberson<br>Meeting with Gardere team to structure work assignments (.6); received and reviewed TriDimension revised organization chart and discuss same at length with Bill Wallander (.5); received and reviewed corporate research regarding entities including Telluride, Array, E Operating and Golden West Holdings and discuss same at length with Bill Wallander (.8); revise Committee Bylaws (.4). | 2.30 |
| 06/04/10<br>B110 | M. Haynes<br>Meeting with Rich Roberson, Drew Spaniol, and Holly O'Neil to discuss open issues and assign responsibility for same (1.1); attention to contact sheet for Committee, including communications with Dan Morenoff and Beth Lloyd (.9); draft proposed bylaws for Committee (1.2); draft proposed form of agenda for Committee meetings (.3); draft proposed form of agenda for Committee meetings (.3); e-mails to Committee to schedule weekly Committee meeting (.4). | 4.20 |
| 06/04/10<br>B110 | K. Oliver<br>Research regarding and various entities with TX Secretary of State, LA Secretary of State, Accurint, etc. (3.6); discussion and report back to Rich Roberson findings of research (.4); discussion with Holly O'Neil regarding pleadings needed (.2); research docket and pull DIP Motion and locate Interim Order (.3). | 4.50 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098
Invoice No.      1005141

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/07/10 B110 | R. Roberson Work on Confidentiality Agreement issues including review and discuss same at length with Bill Wallander (.7); revise proposed bylaws for Unsecured Creditors Committee (.4); review revised Confidentiality Agreement proposed by Debtors' counsel (.4); received and reviewed various materials from Debtors counsel including underlying Amegy loan and security documents (.5); lengthy telephone conference with Bill Wallander regarding proposed Barge Agreement with Pryme (.4); received and reviewed December 9, 2009 Pryme Lake Exploration, LLC/TriDimension Energy LP Acquisition Agreement and related exhibits (1.1). | 3.50 |
| 06/07/10 B110 | M. Haynes Attention to By-laws for Committee (.5); confer with Rich Roberson regarding draft confidentiality agreement (.2); review of confidentiality agreement received from Lloyd (.8); revise confidentiality agreement and transmit same to Kenneth Green for review and comment (.7); additional revisions to confidentiality agreement to reflect comments of Rich Roberson (.4). | 2.60 |
| 06/07/10 B110 | K. Oliver Research on additional information regarding                    and affiliated companies (1.1); compile chart summarizing same (.7); discussion of same with Rich Roberson (.2). | 2.00 |
| 06/08/10 B110 | R. Roberson Lengthy telephone conference with Bill Wallander regarding modifications to proposed Confidentiality Agreement. | 0.40 |
| 06/08/10 B110 | M. Haynes Attention to issues with confidentiality agreement and e-mail redline of proposed confidentiality agreement to Bill Wallander. | 0.20 |
| 06/09/10 B110 | R. Roberson Multiple telephone conferences with Bill Wallander regarding revisions to proposed Confidentiality Agreement. | 0.50 |
| 06/09/10 B110 | M. Haynes Attention to issues with confidentiality agreement including review of comments from counsel for Debtors regarding same (.7); phone call with Beth Lloyd regarding employment of claims agent and comments to various proposed orders (.2); attention to issues with Committee information dissemination protocol motion (.4); attention to issue with Debtor-in-Possession Financing Motion including compilation and review of related documents (1.3). | 2.60 |
| 06/09/10 B110 | K. Oliver Review docket and send daily e-mail regarding new pleadings filed (.3); begin setting up calendar (.2). | 0.50 |
| 06/10/10 B110 | R. Roberson Lengthy telephone conferences with Bill Wallander and Simon Lin regarding Confidentiality Agreement issues (.6); prepare summary of June 9, 2010 meeting with Debtors (.4). | 1.00 |
| 06/10/10 B110 | M. Haynes Review and update notes from extensive meetings with Debtors. | 0.70 |
| 06/10/10 B110 | K. Oliver Review docket and send daily e-mail regarding new pleadings filed (.3); calendar updates (.2). | 0.50 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098                                              Page 4
Invoice No.    1005141                                        July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/11/10 B110 | R. Roberson<br>Correspondence with Valinda Wolfert regarding Debtors' subsidiaries conversion from LLCs into LPs (.2); telephone conference with Bill Wallander regarding need to revise budget due to demands by the state of Louisiana and review e-mail correspondence regarding same (.2); work on documents and information requests to the Debtors (.8); multiple e-mails and telephone conferences with Bill Wallander regarding breadth of proposed Confidentiality Agreement (.4); review<br><br>requested of the Committee and its professionals (.3); lengthy correspondence with Bill Wallander regarding documents and lease information needed by the Committee (.4). | 2.30 |
| 06/11/10 B110 | M. Haynes<br>Communications with counsel for Debtors regarding various open issues including Confidentiality Agreement, change of control provisions, and consent rights (.3); begin preparing spreadsheet to       (1.1); review and revise multiple correspondence drafts to Debtors regarding request for information (.4). | 1.80 |
| 06/11/10 B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed. | 0.30 |
| 06/14/10 B110 | R. Roberson<br>Lengthy telephone conferences with Bill Wallander regarding proposed form of Confidentiality Agreement and Baker Hughes' refusal to execute same and impact on Debtor/Committee information sharing. | 0.60 |
| 06/14/10 B110 | M. Haynes<br>Review of e-mail correspondence from counsel for Debtor containing confidentiality agreement and       and follow-up communications with Rich Roberson and Debtors regarding same (.7). | 0.70 |
| 06/14/10 B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); pull DIP Motion and forward to Holly O'Neil (.2). | 0.50 |
| 06/15/10 B110 | R. Roberson<br>Telephone conferences with Quan Vu regarding corporate structure of RAM Drilling (.2); lengthy telephone conference with Bill Wallander and Rodney Moore regarding documents requested and status of delivery of same (.6). | 0.80 |
| 06/15/10 B110 | M. Haynes<br>Communications with Committee regarding Bylaws (.2); update contact sheet to reflect additional information received from Committee members and e-mails with Committee members regarding same (.3); attention to binder of Committee documents (.2); review and revise Committee information protocol motion and proposed order on same, and arrange for filing of same (.5); review and revise motion to expedite hearing on protocol motion (.2); phone call to counsel for Debtors for certificate of conference on motion to expedite hearing on protocol motion (.1); review of Debtors' motion to file Stephens application Exhibit 1 under seal and communications with Clay Hufft regarding request to expedite hearing on same (.3). | 1.80 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098
Invoice No.     1005141

Page 5<br/>July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/15/10<br>B110 | K. Oliver<br>Review docket and send daily e-mail regarding new pleadings filed (.3); calendar updates (.3); prepare hearing binder for 6/18 hearing (1.1); file and arrange service of same Motion for Order Clarifying Req. to Provide Access to Info. (.7). | 2.40 |
| 06/16/10<br>B110 | M. Haynes<br>Revise motion for expedited hearing on Committee's information protocol motion and proposed order granting same (.2); arrange for filing of same (.1). | 0.30 |
| 06/16/10<br>B110 | K. Oliver<br>File and serve Motion for Emergency Hearing and upload proposed order (.8); draft, revise, file and arrange service of Notice of Expedited Hearing (.6). | 1.40 |
| 06/17/10<br>B110 | R. Roberson<br>E-mail correspondence with Rodney Moore regarding documents requested (.2); lengthy telephone conference with Bill Wallander regarding documents requested (.5). | 0.70 |
| 06/17/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); calendar update (.2); begin hearing binder for 6/22 (.6); file and arrange for service Objection to DIP Motion (.8). | 1.90 |
| 06/18/10<br>B110 | M. Haynes<br>Prepare for and participate in hearing on Debtors' application to employ BMC, utilities motion, taxes motion, and interim compensation procedures motion (1.2); attention to witness and exhibit list for hearing on June 22 (.4); attention to numerous e-mail communications from counsel for Debtors regarding open issues and upcoming hearing (.5). | 2.10 |
| 06/20/10<br>B110 | R. Roberson<br>Prepare for telephonic meeting with bank counsel to discuss DIP/cash collateral order (.4); participate in lengthy telephone conference with Charles Kelley and Andy Romay, bank counsel, regarding DIP Order (2.0); review FTI evaluation report and compare same to Haas reserve audit (.5); review James P. Wright Employment Contract (.4); review Golden West Drilling Credit Agreement (.3); begin review of Vada Purchase and Participation Agreement (.4); outline questions for Ken Gregg deposition (.8). | 4.80 |
| 06/21/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); update hearing binders (.5); e-mail correspondence/telephone call to Beth Lloyd at Vinson & Elkins regarding missing exhibits for tomorrow's hearing (.2); telephone call to Clay Huff's office to get copies of remaining exhibits (.1). | 1.10 |
| 06/22/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.2); update hearing binder and assist Rich Roberson in preparation for hearing (.6); upload Order regarding Committee Information Dissemination Motion (.3). | 1.10 |
| 06/23/10<br>B110 | R. Roberson<br>Revise Confidentiality Order and e-mail correspondence with Bill Wallander regarding same. | 0.30 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098
Invoice No.     1005141

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/23/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3); calendar updates (.3); pull all Schedules and SOFAs for all entities and make binder/index of same (2.1). | 2.70 |
| 06/24/10<br>B110 | R. Roberson<br>Revise Confidentiality Agreement and telephone conferences with Bill Wallander and Clay Hufft regarding revised Confidentiality Agreement. | 0.40 |
| 06/28/10<br>B110 | R. Roberson<br>Telephone conference with Bill Wallander regarding issues raised during 341 meeting and | 0.30 |
| 06/28/10<br>B110 | M. Haynes<br>E-mail to Chris Rogers regarding information needed to investigate assets and liabilities of the Debtors (.1); prepare chart summarizing intercompany payables for assistance in understanding balance sheets and schedules of the Debtors (.5); prepare chart detailing status of execution of Bylaws and various versions of Confidentiality Agreement received from Debtors (.4). | 1.00 |
| 06/29/10<br>B110 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.2); review fee procedures and update calendar (.5); review Schedules and SOFAs (1.5). | 2.20 |
| 06/30/10<br>B110 | K. Oliver<br>Pull updated docket and send daily e-mail regarding new pleadings filed (.3); calendar updates (.2); e-mail to Rich Roberson regarding summary of schedules review (.1). | 0.60 |
| 06/07/10<br>B120 | R. Roberson<br>Review research regarding | 0.40 |
| 06/08/10<br>B120 | A. Spaniol<br>Research | 0.60 |
| 06/09/10<br>B120 | R. Roberson<br>Prepare for and participate in lengthy meeting at the offices of Vinson & Elkins with representatives of the Debtor, Vinson & Elkins, Jason Downie (Director) and FTI to discuss case background, financing issues, data transfer and other issues associated with case commencement and case management (4.2). | 4.20 |
| 06/09/10<br>B120 | M. Haynes<br>Prepare for meeting with representative of Debtor including financial advisor and corporate representatives (.8); participate in extended meeting at offices of Vinson & Elkins with representatives of Debtor and Debtor's financial advisors (3.5). | 4.30 |
| 06/14/10<br>B120 | R. Roberson<br>Telephone conferences with Bill Wallander and Steve Lockhart regarding<br><br>Agreement. | 0.40 |
| 06/14/10<br>B120 | A. Spaniol<br>Multiple phone calls to associates in Louisiana regarding | 0.40 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                                          Page 7
Invoice No.     1005141                                                                   July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/17/10 B120 | R. Roberson<br>Lengthy telephone conference with Bill Wallander and Rodney Moore regarding Vada transaction and offset issues (.3); received and reviewed documents regarding Golden West Master Drilling Contract (.3). | 0.60 |
| 06/18/10 B120 | R. Roberson<br>Received and reviewed documents regarding Vada transaction and Petro Hunt transaction (.7); received and reviewed Haas reserve audit and FTI's valuation summary (.9). | 1.60 |
| 06/23/10 B120 | R. Roberson<br>Review Pryme Lake transaction documents and | 0.70 |
| 06/23/10 B120 | M. Haynes<br>Begin reviewing schedules of assets and liabilities and statement of financial affairs filed by Debtors and phone call with counsel for Debtors regarding same. | 0.80 |
| 06/23/10 B120 | M. Haynes<br>Attention to issues related to<br>including conference with Virgil Ochoa and Rich Roberson regarding legal research (.6); legal research regarding<br>and phone call with Holly Hamm regarding same (1.8). | 2.40 |
| 06/23/10 B120 | V. Ochoa<br>Legal research relating to | 4.50 |
| 06/24/10 B120 | M. Haynes<br>Continue legal research regarding<br>(.5); phone call to Chris Rogers regarding request for asset information (.1); attention to legal research regarding<br>including conference with Virgil Ochoa (.3). | 0.90 |
| 06/24/10 B120 | M. Haynes<br>Complete review of schedules of assets and liabilities and statement of financial affairs for each of the Debtors. | 2.30 |
| 06/25/10 B120 | R. Roberson<br>Review identified problems/questions regarding all Debtors schedules and statements of financial affairs and outline questions for upcoming 341 meeting regarding same. | 0.90 |
| 06/25/10 B120 | M. Haynes<br>Attention to schedules and conference with Rich Roberson to discuss issues discovered in review of Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs. | 1.60 |
| 06/25/10 B120 | M. Haynes<br>Attention to Pryme Lake transaction and assets. | 0.20 |
| 06/27/10 B120 | R. Roberson<br>Complete analysis of schedules and statements of financial affairs in preparation for 341 meeting (1.8); outline questions for 341 meeting (.8). | 2.60 |
| 06/28/10 B120 | R. Roberson<br>Continue review of schedule and Statement of Financial Affairs summaries and prepare intercompany debt chart. | 0.50 |
| 06/28/10 B120 | V. Ochoa<br>Legal research relating to | 5.50 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.   1005141

Page 8
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/29/10 B120 | V. Ochoa<br>Legal research relating to requirements for | 3.10 |
| 06/11/10 B130 | R. Roberson<br>Lengthy telephone conferences with Bill Wallander regarding status of Debtors' sales process and procedures. | 0.50 |
| 06/24/10 B130 | R. Roberson<br>Lengthy telephone conference with Bill Wallander regarding status of sales efforts and | 0.40 |
| 06/03/10 B150 | H. O'Neil<br>Meeting with the UCC to discuss the case and proceeding forward. | 1.40 |
| 06/03/10 B150 | R. Roberson<br>Participate in first meeting with Unsecured Creditors Committee and discuss Committee formation issues, bylaws and procedures for handling Committee meetings and Committee actions and discuss significant issues, including | 1.40 |
| 06/07/10 B150 | R. Roberson<br>Revise agenda for June 8, 2010 Unsecured Creditors Committee meeting (.3); prepare for June 8, 2010 Unsecured Creditors Committee meeting (.6). | 0.90 |
| 06/07/10 B150 | M. Haynes<br>Revise agenda for upcoming committee meeting, prepare schedule of upcoming hearings, compile all documents referenced in agenda to be discussed during committee meeting, transmit detailed e-mail to committee regarding upcoming meeting. | 1.10 |
| 06/08/10 B150 | R. Roberson<br>Prepare for Unsecured Creditors Committee meeting including lengthy telephone conference with Simon Lin, Chairman and participate in lengthy first meeting of Unsecured Creditors Committee. | 2.60 |
| 06/08/10 B150 | M. Haynes<br>Compile documents and prepare for upcoming meeting with Creditors' Committee (.4); participate in extended first committee meeting (2.0); follow-up regarding action items taken away from committee meeting (.3). | 2.70 |
| 06/10/10 B150 | R. Roberson<br>Revise Committee Bylaws after discussions with Simon Lin. | 0.30 |
| 06/10/10 B150 | M. Haynes<br>Revise committee bylaws and transmit same to committee for review and execution (.4); update Committee contact sheet (.3). | 0.70 |
| 06/11/10 B150 | M. Haynes<br>Prepare Agenda for upcoming June 15, 2010 Committee meeting, Minutes of Committee meeting occurring on June 8, 2010, revise same to reflect comments of Rich Roberson, and transmit to Committee chair for review and approval (1.2). | 1.20 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098                                                    Page 9
Invoice No.     1005141                                              July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/14/10 B150 | M. Haynes<br>Numerous communications with Committee members regarding Bylaws and confidentiality agreements and compile list of signature pages needed from various Committee members (.4); telephone call with Kenneth Green regarding Bylaws and Confidentiality Agreement (.4); phone call with Heather Stickel regarding Confidentiality Agreement (.2); phone call with Kenneth Green regarding Bylaws and Confidentiality Agreement (.3); phone call with Committee chairman and Rich Roberson regarding upcoming Committee meeting (.4); phone call with Kenneth Green regarding transmission of executed signature pages (.2); phone call with Dan Morenoff regarding representation of interested parties (.2); phone call with Albert Stein regarding executed signature pages (.1); additional phone call with Kenneth Green regarding ratification of Committee Bylaws (.2); attention to cash management motion                                  (.3); prepare for and participate in meeting with Rich Roberson to assign responsibilities for various agenda items to be discussed at upcoming Committee meeting and analyze issues to determine appropriate recommendation to make to Committee (.6). | 3.30 |
| 06/15/10 B150 | H. O'Neil<br>Participate in conference call with UCC to discuss DIP. | 0.80 |
| 06/15/10 B150 | R. Roberson<br>Complete preparation for and participate in lengthy meeting of Unsecured Creditors Committee (2.1); lengthy telephone conference with Simon Lin and Ed Rothberg regarding Committee issues (.5). | 2.60 |
| 06/15/10 B150 | M. Haynes<br>Prepare for Committee call including review of members that have provided executed Bylaws and executed confidentiality agreements and e-mails with various Committee members regarding same (.6); participate in extended Committee call (1.6); attention to contact sheet and confidentiality agreements and additional communications with creditors regarding same (.5); e-mail to various Committee members regarding additional Committee meeting to occur on June 16                         (.2); review of<br><br>                                     (.4). | 3.30 |
| 06/16/10 B150 | R. Roberson<br>Lengthy telephone conference with Kristen Schroeder, counsel to XTO regarding issues associated with Committee Bylaws and Confidentiality Agreement (.3); revise e-mail to Simon Lin regarding selection of Subcommittee to address ˜ issues prior to June 22, 2010 hearings (.4); e-mail correspondence with Simon Lin regarding appointment of Subcommittee to address                    ˒ issues in advance of June 22, 2010 hearings (.4). | 1.10 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098                                                      Page 10
Invoice No.      1005141                                                  July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/16/10<br>B150 | M. Haynes<br>Prepare for upcoming Committee call including various communications with Rich Roberson and Committee members regarding confidentiality agreements to be submitted in advance of Committee call (.5); pre-meeting conference call with Simon Lin regarding items to be discussed during Committee call (.3); extended meeting with Committee members<br><br>(1.1); prepare additional correspondence to Committee members and transmit to Rich Roberson for review and approval (.3). | 2.20 |
| 06/22/10<br>B150 | M. Haynes<br>Prepare Agenda for upcoming Committee call and Minutes of prior Committee call and transmit to Committee (.9); communications with Committee member regarding Bylaws and execution of Confidentiality Agreement (.1). | 1.00 |
| 06/22/10<br>B150 | A. Spaniol<br>Correspond with committee regarding conference call/committee meeting tomorrow morning. | 0.20 |
| 06/23/10<br>B150 | R. Roberson<br>Lengthy telephone conference with Simon Lin regarding preparation for June 23, 2010 Unsecured Creditors Committee meeting including : ; (.7); complete preparation for and attend meeting of Unsecured Creditors Committee (1.5). | 2.20 |
| 06/23/10<br>B150 | M. Haynes<br>Obtain various pleadings requested by Committee member and transmit same (.4); prepare for upcoming Committee meeting (.4); participate in Committee meeting (1.3); e-mail communications with various Committee members regarding schedules of assets and liabilities and statement of financial affairs (.2). | 2.30 |
| 06/24/10<br>B150 | M. Haynes<br>Review revised form of Confidentiality Agreement received from Debtors related to sale transaction, execute revised Confidentiality Agreement and transmit to Debtors, and transmit revised version to Committee with explanation of need for execution (.6); phone call with creditor regarding status of bankruptcy case and sale process and schedules of assets and liabilities (.4); begin preparing Agenda for June 29 Committee meeting (.2); begin working on Committee information website as required by Committee Information Dissemination Protocol Order (1.2). | 2.40 |
| 06/25/10<br>B150 | M. Haynes<br>Attention to Committee information website and communications with Committee regarding same (.8); communications with various Committee members regarding participation at upcoming 341 Meeting of Creditors (.5). | 1.30 |
| 06/28/10<br>B150 | R. Roberson<br>Review agenda and materials for 6/29/10 Unsecured Creditors Committee Meeting (.3); continue preparation for and attend lengthy 341 meeting and post-meeting conference with attending creditors (3.2). | 3.50 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No. 136098
Invoice No. 1005141

Page 11
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/28/10 B150 | M. Haynes | 5.20 |

Conference with Rich Roberson to discuss open issues including confidential information to be transmitted to Committee, preparation for upcoming 341 meeting, and preparation of Agenda and Minutes for upcoming Committee meeting (.9); multiple communications with Committee members regarding Confidentiality Agreements and upcoming 341 meeting (.5); prepare Minutes of prior Committee meeting and Agenda for upcoming Committee meeting and transmit same to Committee (.6); phone call with Simon Lin regarding upcoming 341 meeting (.3); prepare for and participate in 341 meeting (1.8); follow up meeting with various participants of 341 meeting (.5); e-mail to Committee regarding tomorrow's Committee call (.2); e-mail to Committee members entitled to receive confidential information regarding confidential information received from Debtors (.3); e-mail to Ken Thomas regarding schedules of assets and liabilities and statement of financial affairs (.1).

| 06/29/10 B150 | R. Roberson | 2.20 |

Prepare for and participate in lengthy telephonic meeting with the Unsecured Creditors Committee.

| 06/29/10 B150 | M. Haynes | 2.40 |

Prepare for upcoming Committee call (.3); participate in weekly Committee meeting (1.7); attention to issues with Confidentiality Agreement including review of e-mails from Kenneth Green and Bill Wallander and multiple phone calls with Kenneth Green regarding Confidentiality Agreements (.4).

| 06/30/10 B150 | M. Haynes | 2.10 |

Phone call with Simon Lin regarding Confidentiality Agreement and information request from Debtors (.4); e-mail communications with Committee regarding moving upcoming Committee meeting (.1); e-mail communications with Committee members                         (.2); communications with Alfred Stein regarding Confidentiality Agreement (.1); review and file

bankruptcy case (1.3).

| 06/03/10 B160 | M. Haynes | 1.40 |

Draft application to employ Gardere and affidavit in support thereof (1.2); confer with Rich Roberson regarding specific terms of employment (.2).

| 06/04/10 B160 | R. Roberson | 1.10 |

Revise Gardere Employment Application and Affidavit of Richard M. Roberson.

| 06/04/10 B160 | K. Oliver | 0.60 |

Coordinate with conflicts to get all associations for the affidavit accompanying our employment application and begin review of same.

| 06/06/10 B160 | M. Haynes | 1.20 |

Review of applications to employ V&E, FTI, and Ottinger, and review of interim compensation procedures motion.

| 06/07/10 B160 | R. Roberson | 0.90 |

Revise Gardere fee application and Affidavit of Richard M. Roberson.

| 06/07/10 B160 | K. Oliver | 2.00 |

Review voluminous conflicts documents (300+ pages) and work on affidavit supporting employment application.

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.       136098
Invoice No.      1005141

Page 12
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/09/10 B160 | K. Oliver Revisions to affidavit to accompany employment application (.5); coordinate with Kelley in conflicts regarding same (.3); e-mail correspondence with Beth Lloyd of Vinson & Elkins to confirm secured creditors (.2). | 1.00 |
| 06/10/10 B160 | K. Oliver Various revisions to Affidavit of Rich Roberson in support of Employment Application (.9); discussion of same with Rich Roberson (.2). | 1.10 |
| 06/11/10 B160 | R. Roberson Revise Gardere Fee Application and Affidavit of Richard M. Roberson (.4); review application to employ Vinson & Elkins and request V&E attorney rates from Bill Wallander (.3). | 0.70 |
| 06/11/10 B160 | M. Haynes Attention to applications to employ FTI and Stephens (.8); attention to application to employ Gardere and affidavit in support thereof (.8). | 1.60 |
| 06/11/10 B160 | K. Oliver Work with Rich Roberson and Michael Haynes regarding Employment Affidavit/conflicts review. | 0.70 |
| 06/14/10 B160 | R. Roberson Address identified issues with employment applications of Ottinger, BMC and Vinson & Elkins. | 0.40 |
| 06/14/10 B160 | K. Oliver File and serve Gardere's Employment Application (.8); draft Notice of Hearing (.3). | 1.10 |
| 06/15/10 B160 | K. Oliver Revise, file and arrange service of Notice of Hearing on Gardere Employment. | 0.80 |
| 06/24/10 B160 | M. Haynes Attention to negotiations regarding employment of FTI and Stephens including review of | 5.30 |

including telephone call with Rich Roberson and Bill Wallander to discuss mechanics of counter-proposal (.6); phone call with Joe Coleman regarding counter-proposal (.3); phone call with Subcommittee to discuss status of negotiations with FTI and Stephens and discuss counter-proposal (.7); prepare for upcoming settlement call including phone call with Bill Wallander, Charles Kelley, and Rich Roberson (.4); extended negotiations with FTI and Stephens regarding fee structures including five separate telephone conferences with Joe Coleman and four separate extended telephone conferences with counsel for Stephens, counsel for Debtors and counsel for Amegy Bank (3.3).

| 06/28/10 B160 | M. Haynes Review of orders approving employment of FTI and Stephens including phone call with Joe Coleman and Beth Lloyd regarding same. | 0.50 |
| 06/04/10 B170 | R. Roberson Review Employment Applications of Stephens and FTI and | 0.90 |

(.5); lengthy discussion with Bill Wallander regarding terms of employment of FTI and Stephens (.4).

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.     136098
Invoice No.    1005141

Page 13
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/10/10<br>B170 | R. Roberson<br>Continue review of Applications to Employ FTI and Stephens (1.1); lengthy telephone conference with Charles Kelley regarding employment of FTI and Stephens and review e-mail correspondence from Charles Kelley regarding same (.4). | 1.50 |
| 06/10/10<br>B170 | M. Haynes<br>Receive of applications to employ an investment banker and application to employ financial advisor, and convey issues to Rich Roberson and Bill Wallander (.8); legal research regarding             (.5); review and revise application to employ Gardere and affidavit in support thereof (.5); review of communications from counsel for secured lenders regarding application to employ investment banker (.2). | 2.00 |
| 06/11/10<br>B170 | R. Roberson<br>Continue review of FTI and Stephens applications and discuss same at length with Bill Wallander and Charles Kelley (.6); lengthy telephone conference with Bill Wallander regarding Committee's concerns about the use of FTI and the need for a CRO (.4); review e-mail correspondence with Bill Wallander regarding Debtors' agreement to limit use of FTI and need for CRO (.4); revise minutes of June 8 Committee meeting and agenda for June 15, 2010 meeting (.3); e-mail correspondence with Simon Lin regarding preparation for June 15, 2010 Committee meeting (.2). | 1.90 |
| 06/12/10<br>B170 | M. Haynes<br>Begin drafting objection to employment application of FTI. | 0.70 |
| 06/14/10<br>B170 | R. Roberson<br>Lengthy telephone conference with United States Trustee's Office regarding Committee Bylaws issues and confidentiality issues (.4); lengthy telephone conference with Simon Lin regarding         agenda for June 15, 2010 Committee meeting and issues        (.6); prepare for June 15, 2010 telephonic meeting of Unsecured Creditors Committee (.4); lengthy telephone conferences with Bill Wallander and Joe Coleman regarding Committee's objection to retention of FTI (.9). | 2.30 |
| 06/14/10<br>B170 | M. Haynes<br>Review additional employment applications of Ottinger, BMC, and Vinson & Elkins, including follow-up e-mails with counsel for Debtor regarding applications to employ and various internal communications with Gardere attorneys regarding investment banking firm Stephens Inc. | 0.80 |
| 06/15/10<br>B170 | R. Roberson<br>Telephone conference with Joe Coleman regarding proposed modifications to FTI's Employment Application (.3); lengthy telephone conference with George Tarpley regarding                        s (.4); telephone conferences with Bill Wallander regarding                     regarding objections to Stephens employment application (.4). | 1.10 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098
Invoice No.     1005141

Page 14
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/15/10 B170 | M. Haynes<br>Investigation into ............................................ to employ Stephens Inc. (.4); continue drafting Committee's objection to employment of FTI (.7); further review affidavit in support of application to employ Stephens (.2); compile additional information on Stephens and transmit to Committee (.2); review and revise notice of hearing on Gardere employment application (.1). | 1.60 |
| 06/16/10 B170 | R. Roberson<br>Review Bylaws in preparation for meeting with those members of the Unsecured Creditors Committee that executed Confidentiality Agreements (.3); lengthy telephone conference with Joe Coleman regarding status of objection to FTI retention (.4); complete preparation for and participate in lengthy telephone conference with members of the Unsecured Creditors Committee who have executed Confidentiality Agreements regarding information obtained from Debtors ............... 1.4); prepare for and participate in lengthy meeting with FTI representative Bob Medlin and FTI's counsel to discuss Committee's concerns with FTI retention application (1.4); telephone conference with Joe Coleman regarding extension of time to object to FTI application (.2); work on objection to FTI retention (.6); prepare for and participate in lengthy meeting with Pat Nelligan and Doug Buncher to discuss Committee's objections to retention of Stephens (2.1). | 6.40 |
| 06/16/10 B170 | M. Haynes<br>Review of objection to employment of FTI Consulting filed by Weatherford (.3); continue drafting objection of Committee to Debtors' request to appoint FTI (.7). | 1.00 |
| 06/17/10 B170 | R. Roberson<br>Lengthy telephone conferences with Charles Kelley and Bill Wallander regarding FTI and Stephens retention applications and issues with same (.8); telephone conference with Pat Nelligan regarding proposal to revise Committee's objection to Stephens retention application (.4). | 1.20 |
| 06/18/10 B170 | R. Roberson<br>Multiple telephone conferences with Joe Coleman and Bill Wallander regarding resolution of FTI objections (.8); review research regarding ............................ (.7); received and reviewed revised task list for FTI's engagement and discuss same with Joe Coleman and Bill Wallander (.7). | 2.20 |
| 06/18/10 B170 | M. Haynes<br>Finalize first draft of Committee's objection to FTI employment application and transmit same to Rich Roberson for review and approval (1.3). | 1.30 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.        136098                                                     Page 15
Invoice No.     1005141                                                July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/21/10 B170 | R. Roberson | 5.10 |
| | Received and reviewed proposed task lists for FTI and Stephens modifying the task lists contained in original fee applications (.5); e-mail correspondence with Joe Coleman regarding modification of FTI task list (.4); lengthy telephone conference with Pat Nelligan regarding Stephens retention issues (.4); telephone conferences with Bill Wallander and Joe Coleman regarding FTI employment objection issues (.6); lengthy telephone conferences with Bill Wallander, Pat Nelligan and Joe Coleman regarding resolution of FTI and Stephens objections (2.2); prepare for and participate in lengthy telephone conference with Subcommittee members to discuss proposals to resolve FTI and Stephens objections (.5); prepare for June 22 hearing on FTI and Stephens objections (.5). | |
| 06/21/10 B170 | M. Haynes | 4.60 |
| | Review of                                    related to objection to Debtors' application to employ FTI (1.6); review and revise Committee's objection to Debtors' application to employ Stephens Inc (.4); numerous communications with counsel for FTI, counsel for Stephens, and counsel for Debtors regarding objections to employment applications and negotiations to resolve same (.8); additional research into ·                            and compilation of exhibits to be presented at same (1.5); follow up communications with Rich Roberson regarding preparation for upcoming hearing on applications to employ various professionals (.3). | |
| 06/21/10 B170 | K. Oliver | 1.30 |
| | Discussion with Michael Haynes regarding FTI objection and follow-up regarding same (.3); pull updated service list (.3); file said objection and arrange for service of same (.6); discussion of same with Rich Roberson (.1). | |
| 06/22/10 B170 | R. Roberson | 3.90 |
| | Prepare for and participate in hearings on Debtors Applications to Employ Stephens, FTI, and Vinson & Elkins. | |
| 06/22/10 B170 | M. Haynes | 2.20 |
| | Prepare for upcoming hearing on applications to employ Vinson & Elkins, Stephens, and FTI, and                              (1.8); phone call with courtroom deputy regarding dates and times for alternate hearing on continued applications to employ (.2); e-mail communications with counsel for Stephens regarding objection to application (.2). | |
| 06/22/10 B170 | K. Oliver | 0.60 |
| | File Objection to Stephens Employment (.4); e-mail correspondence regarding same to Traci Davis, courtroom deputy to Judge Jernigan (.2). | |
| 06/23/10 B170 | R. Roberson | 1.10 |
| | Various e-mails with Ed Rothberg, Joe Coleman, Doug Buncher, Bill Wallander and Charles Kelley regarding continued negotiation of Stephens and FTI Employment Applications. | |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No. 136098
Invoice No. 1005141

Page 16
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/24/10<br>B170 | R. Roberson<br>Received and reviewed and discuss at length with Charles Kelley Amegy's proposal for resolution of objections to Stephens Employment Application (.7); lengthy telephone conference with Bill Wallander regarding same (.3); telephone conference with Joe Coleman regarding status of FTI's counter proposal to resolve objection to FTI's employment (.3); received and reviewed FTI's proposal for resolution of objection to FTI's retention (.6); lengthy telephone conference with Bill Wallander regarding same (.4); lengthy telephone conferences with Charles Kelley (Amegy), Joe Coleman (FTI), Doug Buncher (Stephens) and Bill Wallander (TriDimension) regarding resolution of objections to FTI and Stephens Application (2.6); received and reviewed numerous counter proposals from counsel for Stephens and FTI and discuss same with Bill Wallander and Charles Kelley (.7); prepare for continued hearings on Stephens and FTI Employment Applications, including lengthy telephone conferences with rebuttal witnesses (.7); telephone conference with Unsecured Creditor's Committee subcommittee to discuss Stephens and FTI counter-proposals (.5); telephone conference with Simon Lin regarding<br>⁻ (.2);<br>received and reviewed revised settlement proposals from counsel for FTI and Stephens and respond to same by e-mail (.6). | 7.60 |
| 06/25/10<br>B170 | R. Roberson<br>Received and reviewed Stephens counter-proposal and comment on same to correct errors and discuss corrections with Bill Wallander (.4); prepare for and participate in hearings on Debtors' motion to file FTI and Stephens, including<br>(2.8); received and reviewed<br>proposed orders for approval of applications of FTI and Stephens (.5). | 3.70 |
| 06/25/10<br>B170 | M. Haynes<br>Review of latest proposal on application to employ Stephens (.4); prepare for upcoming hearing on applications to employ (.6); participate in hearing on applications to employ FTI and Stephens (1.8); review and comment on proposed orders authorizing employment of FTI and Stephens and numerous follow up e-mails and phone calls with counsel for Debtors, counsel for FTI, and counsel for Stephens (.9). | 3.70 |
| 06/28/10<br>B170 | R. Roberson<br>Review revised Orders granting the retention of FTI and Stephens and provide comments to same. | 0.10 |
| 06/04/10<br>B190 | A. Spaniol<br>Strategize with Rich Roberson and Michael Haynes of the Firm regarding<br>: (1.0); research<br>(1.5); analyze<br>(.4). | 2.90 |
| 06/06/10<br>B190 | A. Spaniol<br>Research regarding | 1.10 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.   1005141

Page 17
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|

**06/07/10**
**B190**
R. Roberson — **2.50**
Lengthy telephone conference with Bill Wallander regarding Pryme Lake Exploration Motion (.3); received and reviewed Pryme Lake Exploration's Motion to Authorize Use of Barge and discuss same at length with Bill Wallander (.4); multiple telephone conferences with Bill Wallander regarding Pryme Lake's proposed contract for the joint use of the barge and related vessels jointly owned by Pryme and one or more of the Debtors (.7); prepare for and participate in lengthy telephone conference with Debtors' counsel and counsel for Pryme regarding modifications to proposed Pryme Lake Equipment Usage Agreement (.7); prepare for June 8, 2010 hearing on Pryme Lake Motion (.4).

**06/07/10**
**B190**
A. Spaniol — **0.20**
Work on issues related to information-protocol and bylaws with Rich Roberson and Michael Haynes.

**06/08/10**
**B190**
R. Roberson — **4.50**
Received and reviewed revised Pryme Lake Barge Use Agreement and discuss same at length with Bill Wallander (.4); lengthy telephone conference with Stan Harvey, counsel for Pryme Lake regarding modifications to Pryme Lake Barge Use Agreement (.3); multiple telephone conferences with Stan Harvey (Pryme counsel), Bill Wallander and Chris Rogers regarding changes to the Pryme Lake Barge Use Agreement and issues associated with Pryme Lake's proposed motion (1.2); received and reviewed TriDimension's objection to Pryme's Motion to Modify Stay to allow use of barge equipment (.2); prepare for and attend lengthy hearing on Pryme's Stay Motion and post-hearing conference with counsel for Pryme

(2.4).

**06/16/10**
**B190**
R. Roberson — **0.30**
Telephone conference with Clay Hufft regarding June 22 hearings and proposed orders.

**06/17/10**
**B190**
R. Roberson — **1.40**
Review motions set for hearing on June 18 and correspond with Beth Lloyd regarding corrections to proposed orders regarding same (.4); telephone conference with Beth Lloyd regarding cap in proposed order authorizing payment of pre-petition taxes (.2); received and reviewed objection to retention of Vinson & Elkins and discuss same with Rodney Moore (.3); received and reviewed witness list and affidavits to be utilized during July 22 hearings (.5).

**06/17/10**
**B190**
V. Ochoa — **6.10**
Legal research regarding :

(4.8); review and revise Objection to Motion for authorization to obtain post-petition financing (1.3).

**06/18/10**
**B190**
R. Roberson — **1.80**
Lengthy telephone conference with Bill Wallander regarding objections to Employment Applications and other motions set for hearing on June 22, 2010 (.3); review proposed order to resolve objection to tax motion and discuss same with Beth Lloyd (.2); prepare for June 22, 2010 hearings on Debtors' Motion for Use of Cash Collateral and Retention Applications for Stephens, FTI and Vinson & Elkins (1.1); revise Witness and Exhibit List for June 22 hearings (.2).

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.   1005141

Page 18
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/18/10 B190 | A. Spaniol<br>Research issues related to | 0.90 |
| 06/18/10 B190 | V. Ochoa<br>Draft and revise legal memorandum | 2.70 |
| | (2.7). | |
| 06/18/10 B190 | K. Oliver<br>Review docket sheet and send daily e-mail regarding new pleadings filed (.3);<br>update today's hearing binder (.5); draft Witness and Exhibit List for 6/22<br>hearing per Michael Haynes instructions (.6); prepare exhibit binder for 6/22<br>hearing per Rich Roberson (.9); file Witness and Exhibit List (.3). | 2.60 |
| 06/20/10 B190 | A. Spaniol<br>Research issues related to | 4.00 |
| 06/21/10 B190 | M. Haynes<br>Prepare for upcoming oral examination of Kenneth Gregg (CFO to Debtors), | 7.30 |
| | (2.3); attend oral examination of Ken Gregg (4.6); confer with Rich<br>Roberson to provide report from oral examination of Ken Gregg (.4). | |
| 06/21/10 B190 | A. Spaniol<br>Research | 5.30 |
| | detailed memo regarding same (2.6); analyze Debtor's motions to employ FTI<br>and Stephens and prepare objections to same (2.1); analyze<br>(.6). | |
| 06/23/10 B190 | A. Spaniol<br>Research | 1.70 |
| 06/24/10 B190 | R. Roberson<br>Telephone conference with Bill Wallander regarding status and negotiations<br>on Debtor's Motion for Protective Order (.2); received and reviewed e-mail<br>correspondence regarding Confidentiality Agreement form that Baker Hughes<br>is willing to sign and discuss same with Simon Lin (.2). | 0.40 |
| 06/24/10 B190 | A. Spaniol<br>Analyze pleadings related to retention of FTI and Stephens as financial advisor<br>and investment banker (4); analyze debtor's motion for protective order (.4). | 0.80 |
| 06/29/10 B210 | R. Roberson<br>Review key employee retention and key employee incentive program materials<br>prepared by FTI and attend lengthy meeting with the Debtors, Jason Downie<br>(Director), FTI and representatives of Amegy Bank at Amegy Bank's Dallas<br>office to discuss same. | 3.60 |
| 06/29/10 B210 | R. Roberson<br>Review employment agreements of Scott O'Neal and James P. Ryan and<br>compare same to Debtors' key employee retention program information. | 0.30 |
| 06/29/10 B210 | M. Haynes<br>Extended meeting in offices of Amegy Bank with representatives from Amegy<br>and representatives from Debtor to discuss Debtors' key employee retention<br>program and key employee incentive program proposals. | 3.00 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098
Invoice No.    1005141

Page 19
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/30/10 B210 | R. Roberson<br>Received and reviewed information from Bill Wallander regarding TriDimension's Modified KERP/KEIP Schedules. | 0.30 |
| 06/04/10 B230 | H. O'Neil<br>Conference with GWS Team to discuss DIP financing and other first day issues (.5); review of docket for upcoming matters (.4); work on review of Interim DIP Order and financing terms, and preparation of list of comments and objections (2.1); review of issues for UCC call (.3). | 3.30 |
| 06/04/10 B230 | R. Roberson<br>Review Debtors' DIP Financing Motion and discuss same at length with Bill Wallander (.8); lengthy telephone conference with Valinda Wolfert regarding status of Debtors' review of Loan and Security Agreements and provisions for forwarding same to Gardere's Houston office (.7); lengthy telephone conference with Quan Vu regarding review of Loan and Security Agreements of Amegy et al. (.6). | 2.10 |
| 06/06/10 B230 | H. O'Neil<br>Work on DIP/Cash Collateral objections and edits. | 2.10 |
| 06/07/10 B230 | H. O'Neil<br>Confer with Rich Roberson on definitive changes required to the DIP Order. | 1.00 |
| 06/07/10 B230 | R. Roberson<br>E-mail correspondence with Bill Wallander and Clay Hufft regarding deadline to object to Interim DIP/Cash Collateral Order prior to entry of final Order. | 0.10 |
| 06/08/10 B230 | H. O'Neil<br>Preparation for conference call with the UCC and participate in same (1.0); address                    (.7); review of comments received from Rothberg to DIP Order (.4). | 2.10 |
| 06/08/10 B230 | R. Roberson<br>Lengthy telephone conference with Bill Wallander regarding                    (.4); review                    (.6); telephone conferences with                    (.4). | 1.40 |
| 06/09/10 B230 | R. Roberson<br>Meet with                    (1.6);                    (.5). | 2.10 |
| 06/10/10 B230 | H. O'Neil<br>Meeting with Rich Roberson and Michael Haynes to discuss DIP issues (.8); confer with                    y (.3); review and respond to e-mails from Dan Morenoff regarding DIP objections (.4). | 1.50 |
| 06/10/10 B230 | R. Roberson<br>Lengthy telephone conferences with Bill Wallander and Simon Lin regarding DIP/Cash Collateral issues (1.1); telephone conference with                    (.3). | 1.40 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098
Invoice No.     1005141

Page 20<br>July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/10/10<br>B230 | M. Haynes<br>Attention to issues with financing order including meeting with Holly O'Neal regarding open issues (.7); phone call and e-mail to Dan Morenoff regarding comments to debtor in possession financing motion (.2). | 0.90 |
| 06/11/10<br>B230 | H. O'Neil<br>Review and respond to e-mails between Rich Roberson and Charles Kelley regarding DIP Order terms (.4); e-mails with potential DIP lenders (.4). | 0.80 |
| 06/11/10<br>B230 | R. Roberson<br>Lengthy telephone conferences with Bill Wallander regarding Committee's objection to DIP/Cash Collateral Order (.7); lengthy telephone conference with Bill Wallander regarding status of Debtors efforts to find alternative DIP financing (.4); lengthy telephone conference with<br><br>(.9); e-mail correspondence with regarding information requested (.3); e-mail correspondence with Charles Kelley regarding Committee's concerns about DIP/Cash Collateral Order and need for extension of time to object to same (.3); e-mail correspondence with Bill Wallander regarding extension of Committee's deadline to object to DIP/Cash Collateral Order (.1). | 2.70 |
| 06/11/10<br>B230 | M. Haynes<br>Attention to Debtor in Possession financing order and budget proposed by same. | 0.90 |
| 06/13/10<br>B230 | H. O'Neil<br>Extensive work on DIP issues. | 1.70 |
| 06/14/10<br>B230 | H. O'Neil<br>Extensive work on DIP objection and<br><br>; and other objections filed (3.8); review of Amended Budget (.3). | 4.10 |
| 06/14/10<br>B230 | R. Roberson<br>Review Debtors' Motion for DIP financing and use of cash collateral, including interim and proposed form of Final Order and Budget (2.1); e-mail correspondence with (.3). | 2.40 |
| 06/14/10<br>B230 | M. Haynes<br>Extended meeting with Rich Roberson and Holly O'Neil to review | 1.40 |
| 06/15/10<br>B230 | H. O'Neil<br>E-mails with r and confer with Rich Roberson regarding same (.4); review of incoming objections to DIP filed by various creditors (.8). | 1.20 |
| 06/15/10<br>B230 | R. Roberson<br>Lengthy telephone conference with Bill Wallander regarding Committee's objections to DIP/Cash Collateral Order (.5); telephone conference with Charles Kelley regarding Committee's objections to DIP/Cash Collateral Order and further extension of Committee's objection deadline (.5); telephone conferences with (.3); received and reviewed (1.4). | 2.70 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.   1005141

Page 21
July 19, 2010

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/16/10 B230 | H. O'Neil<br>Confer with Michael Haynes regarding status and continuance of objection deadline to DIP and CC (.3); preparation of revisions to Objection to CC/DIP Order and confer with Rich Roberson regarding same (2.0). | 2.30 |
| 06/16/10 B230 | R. Roberson<br>Lengthy telephone conference with _____ _____ _____<br>_____ (.3); telephone conferences and e-mail with Andy Romay regarding bank's objections to FTI/Stephens applications (.4); lengthy telephone conference with Bill Wallander regarding FTI and Stephens issues and status of negotiations with FTI and Stephens regarding same (.4). | 1.10 |
| 06/17/10 B230 | H. O'Neil<br>Confer with Rich Roberson regarding issues raised by Charles Kelley (.4); finalize DIP Objection (1.9); review of e-mail from Quan Vu regarding collateral summary (.2). | 2.50 |
| 06/17/10 B230 | R. Roberson<br>Revise Objection to Debtors' Motion to Approve DIP Financing and Use of Cash Collateral (1.1); lengthy telephone conferences with Charles Kelley regarding DIP Objection (.5); review legal research regarding _____<br>_____ _____ (.7). | 2.30 |
| 06/18/10 B230 | R. Roberson<br>Review research regarding _____ _____ _____<br>_____ _____ _____ | 0.70 |
| 06/21/10 B230 | H. O'Neil<br>Review and revise Final DIP Order, including various discussions with Rich Roberson regarding negotiations with the parties and conference call with V&E counsel to review changes. | 3.10 |
| 06/21/10 B230 | R. Roberson<br>Lengthy telephone conference with Bill Wallander regarding modification of proposed DIP/Cash Collateral Order and resolution of objections thereto (1.3); prepare for and participate in lengthy telephone conference with Unsecured Creditors Committee's subcommittee t_____ _____ _____<br>_____ _____ (.8); telephone conferences with Bill Wallander regarding resolution of objections to DIP financing (.7); prepare for June 22 hearing on Debtors Motion to Approve DIP Financing/Cash Collateral (.5); review research regarding _____ _____ _____ (.4); review research regarding _____ _____ _____ _____ (.4); review _____ _____ (.6); telephone conference with Subcommittee regarding DIP settlement proposal (.5). | 5.20 |
| 06/21/10 B230 | M. Helt<br>Research and analyze _____ | 3.40 |
| 06/22/10 B230 | H. O'Neil<br>Review of revisions to form of Final DIP Order and confer with Rich Roberson regarding same (.7); review of follow-up e-mails regarding same (.3). | 1.00 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.      136098
Invoice No.     1005141

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/22/10 B230 | R. Roberson<br>Attend lengthy meeting at the offices of Vinson & Elkins to negotiate final revisions to DIP/Cash Collateral Order (2.5); continue preparation for and attend hearing on Debtors motion for Debtor In Possession financing and use of cash collateral (3.1). | 5.60 |
| 06/23/10 B230 | R. Roberson<br>Review proposed final DIP/Cash Collateral order and discuss same with Clay Hufft. | 0.70 |
| 06/24/10 B230 | M. Haynes<br>Review proposed final DIP order to determine changes needed to reflect agreed fee structures with FTI and Stephens. | 0.50 |
| 06/25/10 B230 | R. Roberson<br>Lengthy telephone conference with Charles Kelley regarding proposed modifications to DIP/Cash Collateral Budget and revisions to cash collateral termination provisions (.5); received and reviewed proposed revisions to DIP/Cash Collateral Order and budget and discuss same at length with Bill Wallander (.6). | 1.10 |
| 06/25/10 B230 | M. Haynes<br>Attention to final DIP order and budget on same including multiple calls with Bill Wallander, chairman of Committee, and counsel for Lenders. | 1.50 |
| 06/28/10 B230 | R. Roberson<br>Review revised DIP/Cash Collateral Order and e-mail correspondence regarding revised budget. | 0.10 |
| 06/28/10 B230 | M. Haynes<br>Review of debtor-in-possession budget and phone call with Beth Lloyd and e-mails with Charles Kelley regarding same. | 0.40 |
| 06/04/10 B650 | R. Roberson<br>Received and reviewed Amegy loan documents. | 0.60 |
| 06/07/10 B650 | H. Vu<br>Initial review of loan and collateral structure of TriDimension entities. | 1.00 |
| 06/08/10 B650 | R. Roberson<br>Lengthy telephone conferences with Quan Vu regarding loan document review,      (.6); identify and forward to Quan Vu various documents provided by Debtors     (.2). | 0.80 |
| 06/08/10 B650 | H. Vu<br>Initial review of loan and     ; initial review of loan agreement, attention to     issues. | 3.50 |
| 06/09/10 B650 | H. Vu<br>Review of     initial analysis of grant of liens | 4.20 |
| 06/10/10 B650 | H. Vu<br>Further review of 2010 amendment    ; review of    : initial analysis of | 3.90 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.    1005141

| Date \ Task | Attorney/Description | Hours |
|---|---|---|
| 06/11/10 B650 | H. Vu Review of filings; attention to | 4.80 |
| 06/12/10 B650 | H. Vu Attention to                        , UCC-3 issues, attention to | 3.10 |
| 06/13/10 B650 | H. Vu Attention to conversion and ratification issues                        attention to                        ; work on collateral lien review. | 4.30 |
| 06/14/10 B650 | R. Roberson Prepare for and participate in lengthy telephone conference with Quan Vu regarding analysis of                        and identify additional information needed regarding same. | 1.60 |
| 06/14/10 B650 | M. Haynes Extended call with Rich Roberson and Quan Vu regarding | 1.50 |
| 06/14/10 B650 | H. Vu Work on lien collateral review (4.5); call with Roberson to summarize initial findings and preparation for call (2.0). | 6.50 |
| 06/15/10 B650 | R. Roberson Review correspondence with Valinda Wolfert regarding | 0.30 |
| 06/15/10 B650 | H. Vu Work on e-mail of collateral lien summary and mortgage spreadsheet; analysis regarding | 5.20 |
| 06/16/10 B650 | H. Vu Work on e-mail of collateral lien summary and mortgage spreadsheet. | 3.30 |
| 06/17/10 B650 | H. Vu Work on e-mail of collateral lien summary and mortgage spreadsheet. | 4.00 |
| 06/18/10 B650 | R. Roberson Lengthy telephone conference with Quan Vu regarding continued lien review issues. | 0.40 |
| 06/18/10 B650 | H. Vu Review of valuation report and overview and attention to collateral review issues; attention to | 2.70 |
| 06/21/10 B650 | H. Vu Review of | 2.70 |
| 06/28/10 B650 | M. Haynes Conference with Rich Roberson and Quan Vu regarding lien review and questions to be investigated. | 0.60 |
| 06/28/10 B650 | H. Vu Lien analysis work on                        ; call with Rich Roberson and Michael Haynes to discuss                        ; and preparation for call. | 1.80 |
| 06/29/10 B650 | D. Vincent Confer with Quan Vu; order | 0.40 |

TriDimension Energy L.P. Official Committee of Unsecured Creditors
Client No.    136098
Invoice No.   1005141

Page 24
July 19, 2010

| Date \ Task | Attorney/Description | | Hours |
|---|---|---|---|
| | | | 1.70 |
| 06/29/10 | H. Vu | | |
| B650 | Attention to | | |
| | attention to | issues regarding | |

|  |  |
|---|---|
| Total hours | 406.60 |
| Total for Services | $189,310.50 |
| **Payor's Share of Fees** | **$189,310.50** |

<u>Disbursements</u>

|  |  |
|---|---|
| Texas Secretary of State | 7.00 |
| Automated Legal Research | 0.40 |
| Photocopy Charges | 69.35 |
| Travel Costs | 48.00 |
| Total Disbursements | $ 124.75 |

**Matter Invoice Summary:**

|  |  |
|---|---|
| **Total Fees** | $189,310.50 |
| **Total Disbursements** | $124.75 |
| **Total this Matter** | $189,435.25 |

TriDimension Energy L.P. · ~ial Committee of Unsecured Creditors
Client No.        136098
Invoice No.       1005141

Page 25
July 19, 2010

## Summary of Fees by Task for all Matters

| Task | Task Description | Hours | Total |
|------|-----------------|-------|-------|
| B110 | Case Administration | 57.60 | $21,301.50 |
| B120 | Asset Analysis and Recovery | 38.50 | $14,617.50 |
| B130 | Asset Disposition | 0.90 | $580.50 |
| B150 | Meetings of & Comm. w/Creditor | 50.40 | $22,460.00 |
| B160 | Fee/Employment Applications | 20.40 | $6,563.50 |
| B170 | Fee/Employment Objections | 58.80 | $31,314.50 |
| B190 | Other Contested Matters | 46.50 | $17,079.50 |
| B210 | Business Operations | 7.20 | $3,684.00 |
| B230 | Financing/Cash Collections | 67.40 | $40,899.00 |
| B650 | Bankruptcy/Lien review | 58.90 | $30,810.50 |

Total Fees Rendered This Period                          $189,310.50

TriDimension Energy L.P.    ~cial Committee of Unsecured Creditors
Client No.        136098
Invoice No.       1005141

## Summary of Fees by Timekeeper for this Invoice

| Timekeeper | Rank | Hours | Billed Per Hour | Total |
|---|---|---|---|---|
| Haynes, Michael S. | Associate | 107.60 | 325.00 | $34,970.00 |
| Helt, Marcus A. | Partner | 3.40 | 415.00 | $1,411.00 |
| O'Neil, Holland N. | Partner | 28.90 | 645.00 | $18,640.50 |
| Ochoa, Virgil | Associate | 21.90 | 195.00 | $4,270.50 |
| Oliver, Karen R. | Paralegal | 33.50 | 180.00 | $6,030.00 |
| Roberson, Richard M. | Partner | 140.10 | 645.00 | $90,364.50 |
| Spaniol, Andrew G. | Associate | 18.10 | 325.00 | $5,882.50 |
| Vincent, Debra L. | Paralegal | 0.40 | 185.00 | $74.00 |
| Vu, Hoang Quan | Partner | 52.70 | 525.00 | $27,667.50 |
| Total All Timekeepers for This Invoice | | 406.60 | | $189,310.50 |