William L. Wallander, SBT #20780750
Clayton T. Hufft, SBT #24056658
Bradley R. Foxman, SBT #24065243
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel:  214.220.7700
Fax: 214.220.7716
bwallander@velaw.com; chufft@velaw.com;
bfoxman@velaw.com

**COUNSEL FOR THE LP DEBTORS**[1]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § | Case No. 10-33565-SGJ |
| TRIDIMENSION ENERGY, L.P., *et al.,* | § § | Chapter 11 |
| DEBTORS. | § § § § | Jointly Administered |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held on **October 27, 2010 at 1:30 p.m.**, Central time, before the Honorable Judge Stacey G. C. Jernigan, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242 on the *Motion to (A) Approve the Procedures for the Solicitation of Offers; (B) Approve the Form and Manner of Notice; (C) Approve Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases; (D) Approve the Bid Protections and Procedures; and (E) Approve a Break-Up Fee in Connection with the Transaction Contemplated by the Purchase Agreement* [Dkt. No. 365] (the "Motion") filed by the above captioned debtors and debtors-in-possession.

---

[1] The LP Debtors include TriDimension Energy, L.P., TDE Property Holdings, LP, Axis E&P, LP, Axis Onshore, LP, Axis Marketing, LP, and Ram Drilling, LP.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion or the relief requested therein must be in writing and filed with the Court by **October 25, 2010 at 4:00 p.m.** prevailing Central time.

Dated: October 19, 2010

Respectfully submitted,

/s/ Bradley R. Foxman
William L. Wallander, SBT #20780750
Clayton T. Hufft, SBT #24056658
Bradley R. Foxman, SBT #24065243
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: 214.220.7700
Fax: 214.220.7716
bwallander@velaw.com; chufft@velaw.com; bfoxman@velaw.com

**COUNSEL FOR THE LP DEBTORS**

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2010, a copy of this document was served by the Electronic Case Filing System for the Bankruptcy Court, Northern District of Texas on the parties receiving electronic notice therefrom.

/s/ Bradley R. Foxman
One of Counsel