**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **TRIDIMENSION ENERGY, L.P., et al.** | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | **Case No. 10-33565-SGJ** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |

**OBJECTION BY PETRO-HUNT, L.L.C. TO LATE NOTICE OF (A) APPROVE THE
PROCEDURES FOR THE SOLICITATION OF OFFERS; (B) APPROVE THE FORM
AND MANNER OF NOTICE; (C) APPROVE PROCEDURES FOR DETERMINING
CURE AMOUNTS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D)
APPROVE THE BID PROTECTIONS AND PROCEDURES; AND (E) APPROVE A
BREAK-UP FEE IN CONNECTION WITH THE TRANSACTION CONTEMPLATED
BY THE PURCHASE AGREEMENT**

NOW INTO COURT comes Petro-Hunt, L.L.C., and objects to its late notice of the above-referenced motion. Petro-Hunt, L.L.C. is a creditor herein pursuant to Proof of Claim No. 51 for mineral royalty payments due under certain oil and gas leases referenced therein, and Proof of Claim No. 49 for contract, restoration of environmental damage, specific performance, indemnity, contribution, attorneys' fees and court costs. Counsel for Petro-Hunt, L.L.C. received this notice by U.S. Mail at 2:00 p.m. on October 25, 2010, and has not had sufficient time to review the Motion and attachment to determine whether it has any objections. Petro-Hunt reserves its right to supplement this objection once it has had a chance to review the Motion and attachments.

Respectfully submitted,

*/s/ J. Ralph White*_____
J. Ralph White (SBT #21304590)
WHITE LAW FIRM
650 Poydras Street, Suite 2319
New Orleans, Louisiana 70130

Telephone: 504-799-2585
Facsimile: 504-799-2588
E-Mail: Ralph@jrwhitelaw.com

**<ins>CERTIFICATE OF SERVICE</ins>**

I certify that on October 25, 2010, a copy of this document was served by the electronic case filing system for the Bankruptcy Court, Northern District of Texas.

*/s/ J. Ralph White*_____
J. Ralph White