# Vinson&Elkins

Bradley R. Foxman  bfoxman@velaw.com
**Tel** 214.220.7784  **Fax** 214.999.7784

November 15, 2010

The Honorable Stacey G. Jernigan
United States Bankruptcy Court
1100 Commerce St., 14th Floor
Dallas, Texas 75242

Re:  *In re Tridimension Energy, L.P. , et al*; Case No. 10-33565-sgj11;
Agenda Letter for Hearing Scheduled for Tuesday, November 16, 2010 at 1:30 p.m.

Dear Judge Jernigan:

The purpose of this correspondence is to advise you of the status and proposed disposition of the following matters set for hearing Tuesday, November 16, 2010 at 1:30 p.m. prevailing Central time:

## Uncontested Matters

1.  First Interim Application of Franklin Skierski Lovall Hayward, LLP for Allowance of Fees and Reimbursement of Expenses from June 22, 2010 through August 31, 2010 (Docket No. 323)

    **Related Documents:** N/A

    **Objection Deadline:** October 25, 2010

    **Status:** Franklin Skierski Lovall Hayward, LLP intends to go forward with this Application.

2.  First Interim Fee Application of Gardere Wynne Sewell LLP for Allowance of Fees and Reimbursement of Expenses  (Docket No. 325)

    **Related Documents:** N/A

    a.  Certificate of No Objection (Docket No. 450) filed by Gardere Wynne Sewell LLP

    **Objection Deadline:** October 24, 2010

**Vinson & Elkins LLP  Attorneys at Law**                                   Trammell Crow Center, 2001 Ross Avenue, Suite 3700
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston               Dallas, TX 75201-2975
London  Moscow  New York  Shanghai  Tokyo  Washington                       **Tel** 214.220.7700  **Fax** 214.220.7716  www.velaw.com

US 49423v.3



      **Status:** Gardere Wynne Sewell LLP intends to go forward with this Application.

3. First Interim Fee Application of FTI Consulting, Inc., as Financial Advisors for the Debtors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 22, 2010 through August 31, 2010  (Docket No. 334)

    **Related Documents:**  N/A

    **Objection Deadline:**  October 25, 2010

    **Status:** FTI Consulting, Inc. intends to go forward with this Application.

4. First Interim Application of Vinson & Elkins LLP for Allowance of Fees and Expenses as LP Debtors' Counsel (May 21, 2010 – August 31, 2010) (Docket No. 345)

    **Related Documents:**  N/A

    a. Certificate of No Objection (Docket No. 449) filed by Vinson & Elkins LLP

    **Objection Deadline:**  October 30, 2010

    **Status:** Vinson & Elkins LLP intends to go forward with this Application.

5. Interim Fee Application of Ottinger Hebert, L.L.C. for Allowance of Fees and Expenses as Debtors' Special and Conflicts Counsel (May 21, 2010 – August 31, 2010) (Docket No. 349)

    **Related Documents:**  N/A

    a. Certificate of No Objection (Docket No. 451) filed by Ottinger Hebert, L.L.C.

    **Objection Deadline:**  November 2, 2010

    **Status:** Ottinger Hebert, L.L.C. intends to go forward with this Application.

6. Motion to Assume Exploration Agreement between Axis E&P, LLC and Weyerhauser Company (Docket No. 373) filed by the Debtors



**Related Documents:** N/A

**Objection Deadline:** November 15, 2010

**Status:** The Debtors intend to go forward with this Motion.

Please let me know if I can be of further assistance. Thank you.

                                              Sincerely,

                                              */s/ Bradley R. Foxman*

                                              Bradley R. Foxman

cc: Master Service List