# Vinson&Elkins

Beth Lloyd, blloyd@velaw.com
**Tel** 214.220.7824  **Fax** 214.999.7824

March 21, 2011

The Honorable Stacey G. Jernigan
United States Bankruptcy Court
1100 Commerce St., 14th Floor
Dallas, Texas 75242

Re:   *In re Tridimension Energy, L.P., et al*; Case No. 10-33565-sgj11;
      Agenda Letter for Hearing Scheduled for March 23, 2011 at 1:30 p.m.

Dear Judge Jernigan:

The purpose of this correspondence is to advise you of the status and proposed disposition of the following matters set for hearing on Wednesday, March 23, 2011 at 1:30 p.m. prevailing Central time:

**Uncontested Matters**

1.  Debtors' Motion to Approve Substantive Consolidation of the Debtors [Docket No. 626]

    **Related Documents:  N/A**

    **Objection Deadline:** March 17, 2011

    **Status:** The Debtors intend to go forward with this Motion.

2.  Joint Motion of the LP Debtors and Sovereign Bank to Authorize Release of Funds Held as Collateral by Sovereign Bank to SR Acquisition I, LLC [Docket No. 636]

    **Related Documents:  N/A**

    **Objection Deadline:** March 21, 2011

    **Status:** The LP Debtors and Sovereign Bank intend to go forward with this Motion.

3.  Debtors' Motion for Entry of an Order (A) Approving  (I) Disclosure Statement for the Joint Plan of Liquidation for the Debtors and (II) Related Notices; (B) Setting Dates for the Objection Deadline and Hearing Relating to the Confirmation of the Plan; and (C) Granting Other Relief Relating to Plan Solicitation and Confirmation of the Plan [Docket No. 633]

**Vinson & Elkins LLP  Attorneys at Law**                                     Trammell Crow Center, 2001 Ross Avenue, Suite 3700
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston                  Dallas, TX 75201-2975
London  Moscow  New York  Shanghai  Tokyo  Washington                          **Tel** 214.220.7700  **Fax** 214.220.7716  www.velaw.com

US 804757v.3


**Related Documents:**

a. Amended Joint Plan of Liquidation for the Debtors [Docket No. 678]

b. Amended Disclosure Statement for the Amended Joint Plan of Liquidation for the Debtors [Docket No. 680]

**Objection Deadline:**  March 18, 2011 at 4:00 p.m. prevailing Central Time.

**Status:**  Debtors intend to go forward with this Motion.

Please let me know if I can be of further assistance.  Thank you.

Sincerely,

Beth Lloyd