William L. Wallander, SBT #20780750
Clayton T. Hufft, SBT #24056658
Beth Lloyd, SBT #24060179
Bradley R. Foxman, SBT #24065243
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: 214-220-7700
Fax: 214-220-7716
bwallander@velaw.com; chufft@velaw.com;
blloyd@velaw.com; bfoxman@velaw.com

**COUNSEL FOR THE LP DEBTORS[1]**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § | CASE NO. 10-33565-SGJ |
| TRIDIMENSION ENERGY, L.P., *et al.*, | § § § § | Chapter 11 |
| | § | Jointly Administered |
| DEBTORS. | § | |

## NOTICE OF FILING BLACKLINES OF THE DEBTORS' PROPOSED (I) AMENDED DISCLOSURE STATEMENT FOR THE AMENDED JOINT PLAN OF LIQUIDATION FOR THE DEBTORS AND (II) AMENDED JOINT PLAN OF LIQUIDATION FOR THE DEBTORS

**PLEASE TAKE NOTICE** that the LP Debtors hereby file marked copies of the following documents:

- The proposed *Disclosure Statement for the Joint Plan of Liquidation for the Debtors* [Docket No. 622] compared to the *Amended Disclosure Statement for the Amended Joint Plan of Liquidation for the Debtors* [Docket No. 680] — attached hereto as **Exhibit "1"**; and

---

[1] The LP Debtors include TriDimension Energy, L.P., TDE Property Holdings, LP, Axis E&P, LP, Axis Onshore, LP, Axis Marketing, LP, and Ram Drilling, LP.

- The proposed *Joint Plan of Liquidation for the Debtors* [Docket No. 621] compared to the *Amended Joint Plan of Liquidation for the Debtors* [Docket No. 678] — attached hereto as **Exhibit "2"**.

Dated: March 21, 2011

Respectfully submitted,

*/s/ Beth Lloyd*
William L. Wallander, SBT #20780750
Clayton T. Hufft, SBT #24056658
Beth Lloyd, SBT #24060179
Bradley R. Foxman, SBT #24065243
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: 214.220.7700
Fax: 214.220.7716
bwallander@velaw.com; chufft@velaw.com;
blloyd@velaw.com; bfoxman@velaw.com

**COUNSEL FOR THE LP DEBTORS**

## CERTIFICATE OF SERVICE

I certify that on March 21, 2011, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas on those parties receiving electronic notice therefrom.

*/s/ Beth Lloyd*
One of Counsel