# Vinson&Elkins

Beth Lloyd, blloyd@velaw.com
**Tel** 214.220.7824  **Fax** 214.999.7824

April 27, 2011

The Honorable Stacey G. C. Jernigan
United States Bankruptcy Court
1100 Commerce St., 14th Floor
Dallas, Texas 75242

Re:   *In re Tridimension Energy, L.P., et al*; Case No. 10-33565-sgj11;
      Agenda Letter for Confirmation Hearing Scheduled for April 28, 2011 at 9:30 p.m.

Dear Judge Jernigan:

The purpose of this correspondence is to advise you of the status and proposed disposition of the following matters set for hearing on Thursday, April 28, 2011 at 9:30 p.m. prevailing Central time:

## *Uncontested Matters*

1.  Third Interim Fee Application of Gardere Wynne Sewell LLP for Allowance of Fees and Reimbursement of Expenses [Docket No. 694]

    **Related Documents:**  N/A

    **Objection Deadline:**  April 25, 2011

    **Status:**  Gardere Wynne Sewell intends to go forward with this Application.

## *Contested Matters*

2.  Amended Joint Plan of Liquidation for the Debtors [Docket No. 678]

    **Related Documents:**

    a.  Liquidating Trust Agreement [Exhibit 1, Docket No. 678]

    b.  Amended Disclosure Statement for the Amended Joint Plan of Liquidation for the Debtors [Docket No. 680]

    c.  Order (A) Approving (I) Amended Disclosure Statement for the Amended Joint Plan of Liquidation for the Debtors and (II) Related Notices; (B) Setting Dates for Objection Deadline and Hearing Relating to Confirmation of the

**Vinson & Elkins LLP  Attorneys at Law**                                         Trammell Crow Center, 2001 Ross Avenue, Suite 3700
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston                     Dallas, TX 75201-2975
London  Moscow  New York  Shanghai  Tokyo  Washington                             **Tel** 214.220.7700  **Fax** 214.220.7716  www.velaw.com

US 861696v.1

Plan; and (C) Granting Other Relief Relating to Plan Solicitation and the Confirmation of the Plan [Docket No. 690]

**Objections:**

d. Objection to Debtors' Amended Joint Plan of Liquidation filed by E-Operating, LLC, Telluride Exploration, LLC, Goldenwest Holdings, LLC and Britlind Resources, LLC [Docket No. 732]

e. Limited Objection to the Amended Joint Plan of Liquidation for the Debtors filed by SR Acquisition I, LLC [Docket No. 733]

**Objection Deadline:** April 25, 2011 at 4:00 pm (Central)

**Status:** Debtors intend to go forward with Confirmation.

Please let me know if I can be of further assistance. Thank you.

Sincerely,

Beth Lloyd