William L. Wallander, SBT #20780750
Clayton T. Hufft, SBT #24056658
Beth Lloyd, SBT #24060179
Bradley R. Foxman, SBT #24065243
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: 214-220-7700
Fax: 214-220-7716
bwallander@velaw.com; chufft@velaw.com;
blloyd@velaw.com; bfoxman@velaw.com

**COUNSEL FOR THE LP DEBTORS[1]**

Peter Franklin, SBT #07378000
Erin K. Lovall, SBT #24032553
**FRANKLIN SKIERSKI LOVALL**
  **HAYWARD LLP**
10501 N. Central Expressway, Suite 106
Dallas, TX 75231
Tel: 972.755.7100
Fax: 972.755.7110
pfranklin@fslhlaw.com; elovall@fslhlaw.com

**COUNSEL FOR THE GP DEBTORS[2]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 10-33565-SGJ |
| TRIDIMENSION ENERGY, L.P., *et al.*, | § § § | Chapter 11 |
| DEBTORS. | § § § § | Jointly Administered |

### NOTICE OF IMMATERIAL MODIFICATIONS TO DEBTORS' AMENDED JOINT PLAN OF LIQUIDATION

The above-referenced Debtors[3] file this *Notice of Immaterial Modifications to Debtors' Amended Joint Plan of Liquidation* (the "Modifications") pursuant to Bankruptcy Code § 1127

---

[1] The LP Debtors include TriDimension Energy, L.P., TDE Property Holdings, LP, Axis E&P, LP, Axis Onshore, LP, Axis Marketing, LP, and Ram Drilling, LP.

[2] The GP Debtors include TDE Subsidiary GP LLC and TDE Operating GP, LLC.

**NOTICE OF IMMATERIAL MODIFICATIONS TO DEBTORS'**
**AMENDED JOINT PLAN OF LIQUIDATION**  Page 1 of 3
US 855860v.1

and Bankruptcy Rule 3019. The Debtors submit that the Modifications are immaterial and do not adversely change the treatment of any holders of claims or equity interests. Accordingly, the Debtors modify the Plan as follows:

**Modification No. 1**

Section 5.2 of the Plan is hereby modified to read as follows:

> **Acceptance by Impaired Classes of Claims**. An Impaired Class of Claims shall have accepted this Plan if (a) the holders (other than any holder designated under Bankruptcy Code § 1126(e)) of at least two-thirds in dollar amount of the allowed (within the meaning of Bankruptcy Code § 502) Claims actually voting in such Class have voted to accept this Plan and (ii) the holders (other than any holder designated under Bankruptcy Code § 1126(e)) of more than one-half in number of the Allowed Claims actually voting in such Class have voted to accept this Plan.

**Modification No. 2**

Section 6.11 of the Plan is hereby modified by adding the following sentence to the end of such Section:

> All necessary action will be taken to prohibit the issuance of non-voting equity securities of the Debtors to the extent required by Bankruptcy Code § 1123; provided that any such prohibition shall apply only for so long as Bankruptcy Code § 1123 is in effect and applicable to the Debtors and will have no force and effect beyond that required by Bankruptcy Code § 1123.

**Modification No. 3**

Section 1.74 of the Plan is hereby modified by deleting the last sentence of such Section.

---

[3] Capitalized terms not defined herein shall have the meaning given to them in the Plan.

Dated: April 27, 2011.

        Respectfully submitted,

        */s/ Clayton T. Hufft*
        William L. Wallander, SBT #20780750
        Clayton T. Hufft, SBT #24056658
        Beth Lloyd, SBT #24060179
        Bradley R. Foxman, SBT #24065243
        **VINSON & ELKINS LLP**
        Trammell Crow Center
        2001 Ross Avenue, Suite 3700
        Dallas, Texas 75201-2975
        Tel: 214.220.7700
        Fax: 214.220.7716
        bwallander@velaw.com; chufft@velaw.com;
        blloyd@velaw.com; bfoxman@velaw.com

        **COUNSEL FOR THE LP DEBTORS**

### CERTIFICATE OF SERVICE

I certify that on April 27, 2011, a copy of the foregoing document was served by the Electronic Case Filing system for the United States Bankruptcy Court for the Northern District of Texas.

        /s/ *Beth Lloyd*
        One of Counsel